[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

JUN 07 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Christopher Wheeler

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Officer Lyles
&
Superintendent Greene

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

22cv3020
Judge Manish S. Shah
Magistrate Judge Heather K. McShain
DIRECT
PC3

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
       **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.** **Plaintiff(s):**

A. Name: Christopher Wheeler

B. List all aliases: N/A

C. Prisoner identification number: 20170330135

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California Ave, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.** **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Officer Lyles

Title: Corrections Officer

Place of Employment: Cook County Jail, Division 10

B. Defendant: Superintendent Greene

Title: Divisional Superintendent

Place of Employment: Cook County Jail, Division 10

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _20 CV 3904_

_Wheeler v. off. Laguna_

B. Approximate date of filing lawsuit: _4/ 2020_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Christopher Wheeler_

D. List all defendants: _OFFICER Lagunis_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern DISTRICT OF ILLINOIS_

F. Name of judge to whom case was assigned: _Manish Shah_

G. Basic claim made: _Failure to Protect_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Unable to Offord Fees_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III List of Lawsuits Involved In

A. Name of Case and docket #:
18cv 2070; Wheeler v. Stovall

B. Approx Filing date:
2/2018

(ew)Plaintiffs
~: All ~~Defendants~~:
Christopher Wheeler

D. All Defendants:
Officer Lagonis

~: Court in which lawsuit was Filed:
Northern District of Illinois

F. Judge assigned to case:
Hon. Manish Shah

G. Basis of Claim:
Failure to Protect

H. Disposition of Case:
Settled out of Court

I. Approx date of disposition:
4/2019

## Statement of Claim

Page 15 of the Cook county Department of Corrections handbook tells us that inmates have the right to feel safe on our living unit. It tells us that we should follow the chain of command by reporting the issue first to an officer, then to a sergeant, and esclate the issue to a lieutenant if needed. Over several weeks prior to this issue I made every effort to mitigate the problem by doing just that. I spoke with many officers but none took the proactive actions to keep me safe.

Since Mid January 2022 I was housed on the Protective Custody (P.C) Unit (1B) in Division 10. About 6 weeks after my arrival, detainee Michael Plata was approved for P.C. and placed with me (Division 10- Unit 1B- Cell 1221) as his housing assignment. Plata and I are both of similar age (approx. 6 year difference) and body build and both classified as maximum security.

A

Both Plata and I suffer from mental illness and take various medications on the daily basis. Medical records will show that while I take all my meds daily, Plata would often refuse his, only aggrevating his mental situation. I notified Nurse Alonso (Regular Medical Nurse For (B) who made note and referred Plata to mental health Per my expressed concerns. However, he refused his appointment. Plata would often show very aggressive behavior even outside the Cell Such as beating on doors, throwing food, Jumping on dayroom tables, Yelling on and slamming Phones. His behavior has been Punished Several times Prior to his Placement in my cell, including Special Housing Management units for weeks at a time, compared to my near Flawless record with no aggressive behavior or the need for Special Management housing. Until this incident, I had not had any guilty tickets. At some Point, Plata Saw ~~the~~ his own issues and asked Mutiple Officers and Sergeants to See

B

Mental Health but was denied every time. That only upset him more. His conduct became so bad that officers would hesitate to open our cell door for dayroom time.

Officer Lyles was one of the regular evening shift (3PM-11PM) officers who worked Unit 1B. From the first incident with Plata's behavior (which happened outside of the cell) she has been present. On two occasions Plata got so aggressive that when he tried to go into the officer's office that officer Lyles rushed to the door and slammed it shut before he could enter. She has got his I.D. out with the intentions of getting off the tier because of his conduct. But even with these warning signs and her own person safety concerns, she kept locking me in the same cell with Plata. I've expressed my safety concerns to several officers, but none more than Lyles since she was the most frequent

ε

Person working the unit. She has stated that she would call supervisors, ~~but~~ (naming only SGT. Christie as the person responding) but said nobody could do something until something physical happened. I requested cell reassignment 2) most daily before the incident. I even asked for transfer out of division 10, ~~I~~ but my requests were denied every time.

Officer Lyles worked her usual shift on the evening of March 31st, 2022. When she opened cell 1221 for scheduled dayroom time (approx 6:15 P.M.), I let Lyles know about the brewing tension between Plata and I and made her aware the it might get physical very soon. She did nothing. At the end of dayroom time (approx. 9PM), I told Lyles I was scared that something would happen since Plata had already made threats earlier that day. While she was at our door, me AND Plata both expressed concern for each other, (this

D

(can be seen on camera), but her reply was "If I see Him [referring to the sergeant on duty] I'll let him Know, but I'm not calling nobody" About 4 hours later (at approx 1am on April 1st 2022) Plata and I began to fight and, as warned, it became physical. Since Lyles left at 11pm, when the fight was heard, Officer Jacob responded and called Sergeant Schoops for back up. We seperated without further commands and cuffed up. We were interviewed seperatly and taken for Medical attention. I had no visable injuries at the time and was scheduled to follow up with Primary care (Dr. B. Davis) the following week. I let her know I was having issues with my vision (Blurred vision, light sensitivity) because Plata placed his fingers in my eye and applied pressure. This, combinied with a previous eye injury from another fight and my recent diagnosis as pre-diabetic, Dr. Davis sent me to see an eye doctor. I'm not sure what was found, but my perscription did get worse, I was ordered some Medicated drops, and told to come back in 3 months (compared

E

to the standard 18-24 Months).

A similar incident happened with two other inmates on the same unit, under the charge of Officer Lyles. Inmates Benjamin Carlot and Antawane Jackson were housed together in Cell 1205. They got into a VERBAL altercation in the cell. During dayroom, they alerted Officer Lyles of the issue, who alerted a sergeant. Carlot was then locked back in cell 1205 while Jackson remained in the dayroom. The two were seperated within an hour. Carlot was moved to cell 1208, while Jackson remained in 1205.

It should be noted that both Jackson and Carlot are two black (per persumed) hetrosexual guys. Plata is a latino and I am a black gay male with a high profile case. Although these two incidents may not be related, both happened under the supervision of Officer Lyles.

After the April 1st incident with

F

Plata, we were Finally seperated. Plata was transferred to a P.C. unit in division 9, I returned to 1B (same cell). However this incident led to others, also under the Charge of Officer Lyles.

I was placed on "Out Alone" (Must be housed and come out of the cell without any other inmates) From April 1st to April 3rd, For "Safety" reasons. After I was removed from that status, someone who considered himself a "Friend" of Plata threw a "Peanut butter looking substance" into my cell. I reported this and the inmate, Martin Pendergrast was ticketed and charged. But, he was read his Charges while I was still present. As such, threats were made. Where Pendergrast told me was going to stab me and made an attempt to fight me during dayroom time. All in front of another division 10 officer named Mahafferty. After this, My legal team (Attorney Robert Fox, Attorney ~~chief~~ Chief Andrea Lubelfeld and Mitigation Specialist Dr. Tang McCoy) began to call and email division 10 leadership to address their concerns for

G

My Safety. Towards the Middle of
April 2022 I was transferred to a
P.C. Unit In Division 8 where I'm currently
housed.

Officer Lyles Failed to Protect Me.
Protect Me From the Physical (Possible Permanet)
harm of Michael Plata, a Person even she exibited
Fear of. Her Conduct was the Underlining
Cause of the altercation with Pendergrast.
Superintendent Greene shares libality With Lyles
as 1) He was aware of the Conduct of the
Sworn Staff under his supervision 2.) As the
Superintendent he was well aware of the
Charges filed against Pendergrast Therefore,
had his team been Proactive, they would have
been able that conflict by Seperating us
Prior to him being read his ticket. Emotionally,
I am terrified of having a Cellmate, Worried
about Possible Vision loss and uncomfortable
with Some Officers, as they May be Friends of
Lyles. However, the another emotionally damaging
issue is the fact My birthday was April 2nd.
2022. It was My 36th birthday and Marked

H

the start of My sixth year of incarceration,
I was on "out alone" at this time, spending
the entire day with no human contact and
inable to speak with friends and family. This added
to an already stressful situation of being
locked up, resulting in suicidal thoughts, and 2
trips to Mental health. The situation has
(and still is) causing alot of stress. Prior to the
incident with Plata I had zero tickets where
I was faulted. That has changed. My disciplinary
record was something I took great pride in and
was to be used as a part of My Mitigation
in My Criminal case. It will be seen by
My Criminal Judge. It May now be used as
aggrevation. Again, the simple misconduct of
Officer Lyles and division 10 leadership can
and May result in things that could be life
altering.

5/17/2022

I

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am Seeking $ 250,000 in Physical damages,
$ 150,000 in emotional damage. Additional Fiancial
assistance if sentenced to IDX. Fiancial assistance upon
discharge, if not sentenced to IDox until able to stabilize
employment, housing, will tane actual employment and/or housing
oppurtunity in lieu of fiancial support if not sentenced to IDoc
(See attached)

VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 17th day of May, 20 22

_____
(Signature of plaintiff or plaintiffs)

Christopher Wheeler
(Print name)

20170330135
(I.D. Number)

2700 S. California Ave
Chicago, IL, 60608
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Relief (Continued From Page 6)

I am also Seeking Sensitivity and Correctional
training For Superintendent Greene and all sworn Staff
under his command, including officer Lyles. I would
like Sort of Policy For CCDoc Staff and leadership to
allow and require Prevents incidents similar to Mine
with Plata, instead of the current Policy only allowing
reactive Measures.

5/17/2022



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

DIV10-1B-1221

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV10-2022-6212 | N/A | 2363252 | D00K0AD58 | IL45738810 | 762525 |

## INMATE INFORMATION

| Inmate's Name (Print) *(Nombre del recluso Imprimir)*: | Inmate's DOB *(Fecha de nacimiento)*: | Booking Number: | Division/Unit *(Division/unidad)*: | Inmate's Living Unit *(Unidad de vida)*: |
|---|---|---|---|---|
| Christopher Wheeler | 4/2/1986 | 20170330135 | Division 10 | In-Cell |

## INFRACTION INFORMATION

| ☐ VERBAL WARNING<br>☐ FORMAL CHARGE | Date of Infraction:<br>4/1/2022 | Time of Infraction:<br>1:30 AM | Location of Infraction *(Lugar de la Infracccion)*:<br>DIVISION 10 | Restitution Form Attached:<br>☐ YES ☐ NO |
|---|---|---|---|---|

| **NUMBER** | **CHARGE** |
|---|---|
| 207 | Fighting |

## ☐ DNA VICTIM / WITNESS INFORMATION

| | | | |
|---|---|---|---|
| ☑ Victim  ☐ Inmate<br>☐ Witness  ☐ Staff  ☐ Other: _____ | ☐ ID #: _____<br>☐ Star #: _____ | | Michael Plata |
| ☐ Victim  ☐ Inmate<br>☐ Witness  ☐ Staff  ☑ Other: Participant | ☐ ID #: _____<br>☐ Star #: _____ | | Christopher Wheeler |
| ☐ Victim  ☐ Inmate<br>☑ Witness  ☐ Staff  ☐ Other: _____ | ☐ ID #: _____<br>☐ Star #: _____ | | T Jacob |

## INFRACTION NARRATIVE *(Infraccion narrativa)*

At apx. 0115hrs. on 1 April 22 R/O T. Jacob #15609 heard a commotion on tier 1B. R/O went into the living unit and found inmate Plata,Michael 20201215085 in cell 1221 standing between the door and the bunks and his face was bleeding. I radioed for Sgt. Schnolis #3233 to report to 1B.The second person in cell 1221 was inmate Wheeler, Christopher 20170330135. Several officers and Sgt. Schnolis arrived on 1B and both inmates were removed from cell 1221 without further incident and inmate Plata, Michael 20201215085 was taken to Cermak Hospital for medical evaluation.End of report

**Material Confiscated/Evidence Bag Number** *( Attach photocopy of evidence) Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas)*:

## CLASSIFICATION UNIT

| Inter-Agency Health Inquiry Submitted:   If YES, Date Submitted: <br> ☐ YES  ☐ NO  ☐ DNA  _____ | Assessment Completed:   ☐ DNA<br> ☐ YES  ☐ NO   If YES, where?  ☐ Medical Health  ☐ Mental Health | Assessment Received:<br> ☐ YES  ☐ NO |
|---|---|---|

| Approved For Pre-Hearing Segregation:   ☐ YES  ☐ NO  ☐ DNA<br>Placed in Pre-Hearing Segregation:   ☐ YES  ☐ NO  ☐ DNA<br>If YES, Date/Time     Location: | Was Verbal Warning Issued:   ☐ YES  ☐ NO  ☐ DNA<br>If Yes, Were Privileges Restricted   ☐ YES  ☐ NO  ☐ DNA<br>Type of Privilege and Duration of Restriction |
|---|---|

| Classification Unit Personnel *(Print)*: | Title: | Star # |
|---|---|---|
| | | |

| Reporting Personnel's Name *(Print)*: | Star # | Signature: | Date: |
|---|---|---|---|
| Jacob, T | 15609 | /s/ Jacob, T, Star # 15609 | 4/1/2022<br>2:08:32 AM |
| **Reviewing Supervisor's Name *(Print)*:** | **Star #** | **Signature:** | **Date:** |
| Schnolis, D | 3233 | /s/ Schnolis, D, Star # 3233 | 4/1/2022<br>2:12:06 AM |
| **Watch Commander *(Print)*:** | **Star #** | **Signature:** | **Date:** |
| Wolfe, M | 763 | /s/ Wolfe, M, Star # 763 | 4/1/2022<br>2:26:39 AM |

| Disciplinary Report Delivered to Inmate by *(Print Name)*: *(Informe disciplinario entregado al recluso por:)* | Star Number: *(Numero de estrella)* |
|---|---|
| Shavers, A | 18462 |

(FCN-85)(SEP 12)    Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

## INMATE DISCIPLINARY REPORT *(INFORME DISCIPLINARIO INTERNO)*

| Date Delivered: *(Fecha de entrega:)* | Time Delivered: *(Tiempo de entrega:)* | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* |
|---|---|---|
| 4/1/2022 | 2:30:01 AM | /s/Shavers, A, Star #18462 |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.  For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



**SHERIFF'S OFFICE OF COOK COUNTY**
**OFFICE OF PROFESSIONAL REVIEW**
**COMPLAINT REGISTER**

**Complainant Information**

NAME (Last, First, M.I.): Wheeler, Christopher, T
AGE: 36
DATE OF BIRTH: April 2, 1986
HOME #: N/A

HOME ADDRESS: 2700 S. California Ave
CITY: Chicago (FB# 20170330135)
WORK/OTHER #:

STATE: IL
ZIP CODE: 60608
STATE I.D./D.L. #: W460 1186 6095
STATE OF ISSUANCE: IL

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

DATE OF INCIDENT: 3/31/22
TIME OF INCIDENT: 9 PM

LOCATION OF INCIDENT: Div. 10 - 1B (CLDOC)

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

Officer Lyles, Black Female, Early to mid thirty over 6ft tall. Works in Division 10 on 3p-11p shift

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? ☐ YES ☐ NO

NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE #

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

This officer was told multiple times about ongoing issues and rising tension between me and my former cellmate, Michael Pluta (2020 1215 085). The final time, she was told during lockup about my fear and concerns of imminent danger. I asked for a supervisor (white shirt) and was told "If he (white shirt) comes down I'll let him know but I'm not calling anybody." Less than 5 hours later, a physical fight took place inside

☐ CONTINUED ON REVERSE

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: ___ RECEIVED BY: ___
IAD/IG #: ___

**Complaint Narrative (Continued)**

the cell. This was 100% Preventable. Had OFC Cytes
Performed basic Job duties and Responded to the threat and
Protected the inmates she was charged to protect
No harm would have been done. The ending Result was Physical
Physical harm to both of us. Emotional damage, trauma, and
loss of trust. Now I have disciplinary actions and Reports
that can aggrevate my Sentence if IM found guilty.

**PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.**

I have read this statement that I have voluntarily made, consisting of _2_ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. _Christopher Wheeler_
(Print Name)

Complainant's Signature: _____ Date: _4/13/22_

State of Illinois )
County of Cook )

Signed and sworn to before me on _April 13 2022_ by _Christopher Wheeler_
(date)                                    (name of person making statement)

OFFICIAL SEAL
K SANKEY (Notary seal)
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/11/2024

_____
(signature of notary public)

A person commits PERJURY when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. **PERJURY IS A CLASS 3 FELONY.**

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
· 3026 S. California
Chicago, IL. 60608



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM** / 36 2
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | *(! Para ser llenado solo por el personal de Inmate Services !)* |

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Wheeler | Christopher | 20170330135 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 10 | 1B 1221 | 4-10-2022 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del inmate as a security risk o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja debe corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 3/31/22 | 9 PM | D.v. 10-1 B | Officer Lyle |

I let the officer know about the ongoing tension between me and my roommate/cellmate since 3/31. This included arguments (some within view and some of it) aggressive behavior on 3/30, 3/31, and verbal threats to me and other inmates. On 3/31 I let Lyle know of the ongoing issue. She said she would contact. At 9pm I notified her of the threat of a physical injury and her role is to basically come down here. I'll let her know, but I'm not calling anybody. Because she disregarded my safety and failed to act on me personal and I'd be waiting less than 5 hours.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE *(Firma del Preso)*: |
|---|---|
| | |

## SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-73)(NOV 17)    (**WHITE COPY** – INMATE SERVICES)    (**YELLOW COPY** – CRW/PLATOON COUNSELOR)    (**PINK COPY** – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM** 2 o 2
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | *(! Para ser llenado solo por el personal de Inmate Services !)* |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent:_____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Wheeler | Christopher | 20170330135 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 10 | 1B 1221 | 4.10-2022 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue must not be one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 3/3/22 | 9:54 | Div. 10 1B | Officer Lule |

Later on 4/1 at approx 1.30 Am we enter up in a Physical Fight ... The ... we ... suffer Physical injuries on both ... customal ... as well a disciplinary ... [something that ... and be brought up of I'm Sentenced] For something that Could have been ... Prevented.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso)*: |
|---|---|
| | |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | 4/12/22 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-73)(NOV 17)     (**WHITE COPY** – INMATE SERVICES)     (**YELLOW COPY** – CRW/PLATOON COUNSELOR)     (**PINK COPY** – INMATE)

COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| | CONTROL NUMBER | INMATE # |
|---|---|---|
| | 2022086 | 762585 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| Wheeler | Christopher | 2017033013 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 24b Misconduct (non physical) by sworn staff

IMMEDIATE CRW RESPONSE (if applicable):

| CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ): | DATE REFERRED: |
|---|---|
| D. V 10 supt | 4/13/22 |

## RESPONSE BY PERSONNEL HANDLING REFERRAL

THE SAFETY AND SECURITY OF DETAINEES HOUSED AT THE CCDOC IS OF THE UTMOST IMPORTANCE. UNFORTUNATELY INCIDENT AS THESE EVEN THOUGH WARNING IS GIVEN IS UNAVOIDABLE AFTER THE INCIDENT DETAINEE ____ WAS REMOVED ON THE DENYING HOUSING

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV/DEPT: | DATE: |
|---|---|---|---|
| SUPT. Greer/Tay | SUPT LW | 10 | 4/13/22 |

| INMATE SIGNATURE *(Firma del Preso):* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida.)* |
|---|---|
| | 4/24/80 |

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*
### THIS SECTION IS TO BE COMPLETED BY INMATE!

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)* 4/29/82

Yet despite warning, alarms and efforts to mitigate the issue, it was ticketed. This can have a negative impact at sentencing for something I tried to prevent.

| ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes *(Si)* ☐ No ☑ | |
|---|---|
| *(Apelación del preso aceptada por el administrador o/su designado(a)?)* | |

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

Original Response to Stand

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a).):* | DATE *(Fecha):* |
|---|---|---|
| J Mueller | | 5/6/22 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso):* | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida.)* |
|---|---|
| Delv Via COVID19 | MAY 9 2022 |

| (NOV 17) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – C.R.W.) | (PINK COPY – INMATE) |
|---|---|---|---|

COOK COUNTY SHERIFF's OFFICE