JB

In the United States District Court for the
Northern District of Illinois

Christopher Wheeler
Plaintiff                          Case # 22 C 3020
V.

Lyles, et al              Hon. Manish S. Shah

FILED
OCT 04 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Plaintiff's Motion For an Emergency Injunction requesting the Cook County Department Of Corrections to resume the sale of Postage

Now comes Plaintiff, Christopher Wheeler, by and through his own resources, to bring this Pro Se Emergency Motion for an Injunction before this Court requesting intervention from this Court to demand the Cook County Department of Corrections (herein after "CCDOC") to resume the sale of, or Provide U.S. Postage beyond Pre-Stamped letter sized envelopes.

## Introduction

Plaintiff, Christopher Wheeler is Currently detained at CCDOC with a Pending suit in this Court against Officer Lyles and Superintendent Greene for a failure to protect claim. CCDOC has already failed to deliver legal mail from this Court nearly causing a dismissal of this claim. US Postage has always been available from Commissary in books of 10, increasing in Price with the Cost of Postage. These are listed on our Current Commissary Price list, last updated on 2/15/2022 for the Price of $5.80. No notice to contradict this has been Provided to inmates or Social workers.

1 OF 3

1. This is a clear attempt to violate the civil rights of inmates at CCDOC. Your average 1983 claim is much larger than what would fit in a standard letter sized envelope. Even if we attempted to send out things incorrectly packaged, the CCDOC mailroom will reject it.

2. The law library will provide postage for outgoing legal mail for indigent inmates only. There is no process in play for non-indigent inmates.

3. Although I am sure you have received claims and motions from others with proper U.S. postage (including myself), inmates often buy stamps in bulk. I cannot speak for the entire jail, or the entire division, however, two inmates, including myself, are having the exact same issue (see Chavez v. Officer DeLuna, et al Case # 21 C 6900) on my housing unit (Division 08-RTU, Tier 2G). This has been the case for well over 30 days.

4. Conversations with commissary staff and leadership have fallen on deaf ears. However, we have been told "Y'all not the only ones".

Therefore, Plaintiff request this court do the following:

1. Please excuse any/and all deadlines from this court regarding this case. Especially those that would clearly require a response that will require more than the standard $.58 pre-stamped

letter sized envelope.

2. Order CCDOC leadership to either:

A. Require Commissary staff to resume the sale of U.S. Postage Stamps (NOT just pre-stamped Envelopes) at once.

B. Require the law library to provide non-indigent inmates with postage for ANY and all out-going Mail (Not just legal matters) that require More than the standard pre-stamped envelope, Currently sold on commissary.

C. Provide a process allowing non-indigent inmates to pre-pay postage from trust fund accounts.

3. Provide an order that CCDOC pay punitive damages to all inmates impacted by their reckless attempt to deny inmates access to this and other courts.

Therefore, Plaintiff hopes this Honorable Court will hold CCDOC accountable for their careless actions and grant emergency relief to him.

27th September 2022

Respectfully Submitted,

Christopher Wheeler
# 20170330135
Plaintiff, Acting Pro-Se
2700 S. California Av.
Div. 08-2G-D3-4
Chicago, IL 60608
224-218-5791 - Voicemail

OFFICIAL SEAL
V DORSEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/7/2025

3 of 3

ID: _____  Printed Name: _____

Location: _____  Signature: _____

Revised 2/15/2022

Date: _____  *I authorize the deduction of funds to pay for the items selected.

| | CLOTHING | | | | PERSONAL HYGIENE | |
|---|---|---|---|---|---|---|
| 1001 | Shower Shoes Small | 1.03 | 1245 | Low top shoes size 15 | | 36.50 |
| 1002 | Shower Shoes Medium | 1.03 | | PERSONAL HYGIENE | | |
| 1003 | Thermal Shirt 4XL | 6.80 | 2003 | Next 1 Sports Bar 5oz | | 1.61 |
| 1004 | Womens Briefs 6 | 2.75 | 2005 | Original Skin Cream 4oz (Generic Noxema) | | 3.49 |
| 1005 | Womens Briefs 8 | 2.75 | 2006 | Shampoo Balsam/Protein 4oz | | 1.49 |
| 1006 | Womens Briefs 10 | 2.75 | 2012 | Magic Shave Cream | | 3.38 |
| 1007 | Womens Briefs 12 | 2.75 | 2028 | Stavdent Denture Adhesive 2.4oz | | 4.99 |
| 1008 | Mens Briefs S | 2.75 | 2031 | Blue Magic Conditioner 4oz | | 5.29 |
| 1009 | Mens Briefs M | 2.75 | 2033 | Cocoa Butter Lotion 4oz | | 1.59 |
| 1010 | Mens Briefs L | 2.75 | 2045 | Bergamot Hair Dressing 3.75oz | | 3.99 |
| 1011 | Mens Briefs XL | 2.75 | 2047 | Freshscent 3 in 1 Shampoo soap shave 4oz | | 0.99 |
| 1012 | Mens Briefs 2XL | 3.75 | 2050 | Conditioner Balsam & Protein 4oz | | 1.49 |
| 1013 | Boxer Shorts S | 3.50 | 2051 | Deordorant Stick Clear 1.6oz | | 1.49 |
| 1014 | Boxer Shorts M | 3.50 | 2082 | Freshscent Deodorant Soap 3oz | | 0.99 |
| 1015 | Boxer Shorts L | 3.50 | 2091 | 1.5oz roll on Antipersirant/Deodorant | | 0.88 |
| 1016 | Boxer Shorts XL | 3.50 | 2095 | Freshscent Shampoo/Bodywash packets | | 0.15 |
| 1017 | Boxer Shorts 2XL | 4.85 | 2096 | Freshscent Shave Cream packets | | 0.15 |
| 1018 | Boxer Shorts 3XL | 6.25 | 2098 | Moisturizing Bar Soap 5oz | | 1.07 |
| 1019 | T-Shirt White M | 3.00 | 2099 | Cocoa Butter Bar Soap 5oz | | 1.42 |
| 1020 | T-Shirt White L | 3.00 | 2126 | Body Lotion PACKET | | 0.15 |
| 1021 | T-Shirt White XL | 3.08 | 2146 | Toothpaste PACKETS | | 0.20 |
| 1022 | T-Shirt 2XL | 3.48 | 2148 | DIAL Roll-On Antiperspirant | | 2.89 |
| 1023 | T-Shirt 3XL | 3.73 | 4046 | Denture Cleanser Tablets 40ct | | 2.75 |
| 1024 | Sport Bra 34 | 10.00 | | MEDICAL | | |
| 1025 | Sport Bra 36 | 10.00 | 2042 | Good Sense Cough Drops Bag | | 1.59 |
| 1026 | Sport Bra 38 | 12.50 | 2010 | Med-First Ibuprofen (generic Advil) 2ct | | 0.46 |
| 1027 | Sport Bra 40 | 12.50 | 2011 | Med-Frist Acetaminophen (generic Tylenol) 2ct | | 0.46 |
| 1028 | Sport Bra 42 | 13.78 | 4022 | Tums 8&roll | | 0.82 |
| 1029 | Sport Bra 44 | 13.78 | | MISC | | |
| 1030 | Thermal Shirt M | 5.95 | 4000 | Envelope #10 | | 0.03 |
| 1031 | Thermal Shirt L | 5.95 | 4005 | 9x12 Envelope | | 0.29 |
| 1032 | Thermal Shirt XL | 5.95 | 4013 | Stamped Envelope | still old | 0.65 |
| 1033 | Thermal Shirt 2XL | 5.95 | 4027 | XN Bowl w/Lid | | 1.99 |
| 1034 | Thermal Shirt 3XL | 6.80 | 4031 | Chapstick Lip Balm (Generic) | | 1.15 |
| 1035 | Thermal Pants M | 5.95 | 4035 | Thank You card | | 1.00 |
| 1036 | Thermal Pants L | 5.95 | 4036 | Birthday Card | | 1.00 |
| 1037 | Thermal Pants XL | 5.95 | 4038 | Love Card | | 1.00 |
| 1038 | Thermal Pants 2XL | 5.95 | 4053 | Heavy Duty Bowl w/lid | | 3.99 |
| 1039 | Thermal Pants 3XL | 5.95 | 4061 | AAA Economy Playing Cards | | 1.53 |
| 1040 | Thermal Pants 4XL | 5.95 | 4062 | Paper Lined Writing Pad - White | | 0.89 |
| 1049 | Shower Shoes Size 2XL | 1.03 | 4071 | Palm Comb | | 0.99 |
| 1050 | Shower Shoes Size Large | 1.03 | 4105 | Blank Greeting Card | | 1.00 |
| 1051 | Shower Shoes Size XL | 1.03 | 4163 | BLACK Flex Pen | | 0.55 |
| 1052 | Reading Glasses 1.50 | 6.00 | 4181 | Stamps 10ct Booklet | Not sold | 5.80 |
| 1055 | Reading Glasses 2.00 | 6.00 | 4208 | Clear Tumbler w/lid 22oz Disposable | | 0.91 |
| 1056 | Reading Glasses 2.50 | 6.00 | | CANDY | | |
| 1072 | Boxer Shorts 5XL | 6.50 | 5003 | M&M Plain (K)(S)(V) | | 1.09 |
| 1091 | Boxer Shorts 4XL | 6.25 | 5005 | Atomic Fire Ball 4oz (K)(S)(V+) | | 2.15 |
| 1092 | Sports Bra 32 | 10.00 | 5006 | Root Beer Barrels (S)(V+) | | 1.31 |
| 1093 | Ankle Socks | 1.29 | 5007 | Now & Later 3.5oz (S)(V+) | | 1.89 |
| 1100 | T-Shirt 4XL | 3.98 | 5008 | Snickers (K)(S)(V) | | 1.09 |
| 1101 | T-Shirt 5XL | 3.98 | 5022 | Reese's Peanut Butter Cup (K)(V) | | 0.97 |
| 1102 | T-Shirt Small | 3.00 | 5024 | Butterscotch Disks (S)(V+) | | 1.79 |
| 1106 | Womens Briefs Size 14 | 3.00 | 5028 | Jolly Rancher 3.7oz (S)(V+) | | 1.89 |
| 1150 | Washcloth WHITE | 1.77 | 5038 | Starlite Mints (S)(V+) | | 1.65 |
| 1171 | WHITE Bath Towel | 6.12 | 5041 | Gummi Bears (S)(V+) | | 1.89 |
| 1216 | Mens briefs size 3XL | 3.75 | 5044 | Old Fashioned Lemonade Disks 10oz (V+) | | 2.99 |
| 1232 | Low top shoes size 7 | 36.50 | | BEVERAGES | | |
| 1233 | Low top shoes size 7.5 | 36.50 | 6001 | Sweet Sprinkles Sweet and low 10 ct (K)(V+) | | 0.69 |
| 1234 | Low top shoes size 8 | 36.50 | 6002 | Creamer packets 10pk (K)(V) | | 1.19 |
| 1235 | Low top shoes size 8.5 | 36.50 | 6013 | Cappuccino single (K)(S)(V) | | 0.59 |
| 1236 | Low top shoes size 9 | 36.50 | 6025 | Coffee Spray Dried 2oz (K)(V+) | | 2.99 |
| 1237 | Low top shoes size 9.5 | 36.50 | 6027 | Swiss Miss Hot Cocoa Mix (V) | | 0.46 |
| 1238 | Low top shoes size 10 | 36.50 | 6028 | Premium 3oz freeze dried coffee (K)(V+) | | 5.99 |
| 1239 | Low top shoes size 10.5 | 36.50 | 6034 | Choc Health Shake 2oz powder (V) | | 3.49 |
| 1240 | Low top shoes size 11 | 36.50 | 6035 | Vanilla Health Shake 2oz powder (V) | | 3.49 |
| 1241 | Low top shoes size 11.5 | 36.50 | 6050 | Kool Off SF Fruit punch drink mix 10pk (K)(V+) | | 2.39 |
| 1242 | Low top shoes size 12 | 36.50 | 6051 | Kool Off SF Lemonade Drink mix 10pk (K)(V+) | | 2.39 |
| 1243 | Low top shoes size 13 | 36.50 | 6052 | Kool Off SF Orange drink mix 10pk (K)(V+) | | 2.39 |
| 1244 | Low top shoes size 14 | 36.50 | 6053 | Kool Off SF Ice Tea drink mix 10pk (K)(V+) | | 2.39 |
| | | | | CHIPS / SNACKS | | |

ID: _____  Printed Name: _____

Location: _____  Signature: _____

Date: _____  *I authorize the deduction of funds to pay for the items selected.

Revised 2/15/2022

| 7006 | ____Duplex Cookie 5oz (K)(S)(V+) | 1.35 |
| 7007 | ____Lemon Creme Cookie 5oz (K)(S)(V+) | 1.35 |
| 7008 | ____Peanut Butter Creme Cookie 5oz (K)(S)(V+) | 1.35 |
| 7069 | ____Vanilla Creme Cookie (K)(S)(V+) | 1.35 |
| 7010 | ____Apple Cinnamon Oatmeal SINGLE (K)(V+) | 0.55 |
| 7011 | ____Brown Sugar Oatmeal SINGLE (K)(V+) | 0.55 |
| 7012 | ____Jalapeno Slices (K)(S)(V+) | 0.75 |
| 7013 | ____Moon Lodge Hot Peanuts (K)(V+) | 0.87 |
| 7016 | ____Cheez Its (K)(V) | 0.99 |
| 7022 | ____Frito Lay Cheetos (V) | 1.10 |
| 7024 | ____Frito Lay Cheetos Flamin Hot (V) | 1.10 |
| 7027 | ____Chili Ramen | 0.90 |
| 7028 | ____Picante/Texas Beef Ramen | 0.90 |
| 7030 | ____Chicken Ramen | 0.90 |
| 7032 | ____Old Fashioned Squeeze Peanut Butter (V)(V+) | 0.88 |
| 7033 | ____Squeeze Cheddar Cheese (V) | 1.02 |
| 7034 | ____Squeeze Jalapeno Cheese (V) | 1.02 |
| 7036 | ____Pop Tart Strawberry 2ct (V) | 1.05 |
| 7039 | ____Lil Dutch Vanilla Wafers 11oz (V) | 1.89 |
| 7041 | ____Hometown Spanish Rice with Cheese 2.5oz (V) | 1.89 |
| 7042 | ____Pink Salmon Pouch 5oz (K) | 5.99 |
| 7043 | ____Tuna Pouch 6oz (K) | 5.99 |
| 7044 | ____Cloverhill Big Texas Cinnamon Roll (K)(V) | 1.23 |
| 7045 | ____Freshley's Honey Bun Iced (K)(V) | 1.27 |
| 7046 | ____Chili w/beans pouch | 3.63 |
| 7052 | ____Hot Chili w Beans Pouch | 3.63 |
| 7054 | ____Freshley's Cupcakes 2pk Chocolate (V) | 1.23 |
| 7059 | ____Frito Lay Cheetos Jalapeno (V) | 1.10 |
| 7061 | ____Frito Lay Doritos Cool Ranch 1.5oz (V) | 1.10 |
| 7062 | ____Frito Lay Doritos Nacho Cheese 1.5oz (V) | 1.10 |
| 7064 | ____Frito Lay Fritos Chili Cheese 1.5oz (V) | 1.10 |
| 7065 | ____Frito Lay Funyuns Onion Chips (K)(V) | 1.10 |
| 7066 | ____Grandmas Chocolate Chip Cookies (K)(S)(V) | 0.99 |
| 7067 | ____Fisherman's Paradise Sardine Pouch (K) | 2.50 |
| 7068 | ____Andy Capps Hot Fries - Small (V+) | 0.88 |
| 7069 | ____Meat Snack Stick (beef & pork) | 2.49 |
| 7070 | ____Sheboygan Beef Summer Sausage 5oz | 3.99 |
| 7072 | ____Van Holtens Kosher Dill Pickle (K)(V+) | 1.50 |
| 7073 | ____Frito Lay BBQ 1.5oz (K)(V+) | 1.10 |
| 7075 | ____Frito Lay Sour Cream & Onion Chips 1.5oz (K)(V) | 1.10 |
| 7077 | ____Trails Best Beef and Cheddar | 1.75 |
| 7078 | ____Trails Best Double Barrel Salami | 1.75 |
| 7079 | ____Oreo Mini Bites 1.5oz (K)(V+) | 0.93 |
| 7081 | ____Salsitas Tortilla Chip (K)(V+) | 1.10 |
| 7083 | ____Snyders Hot Buffalo Pieces (K)(V+) | 1.49 |
| 7084 | ____Snyders Jalapeno Pieces (K)(V+) | 1.49 |
| 7085 | ____Jay's Krunchers kettle Jalapeno Chip (K)(V+) | 1.10 |
| 7086 | ____Flour Tortillas 6ct. (K)(V+) | 3.15 |
| 7090 | ____Inst. Red Beans and Rice 2oz (K)(V+) | 1.89 |
| 7095 | ____Spicy Refried Beans 8oz (K)(V+) | 3.49 |
| 7096 | ____Chicken Breast Pouch 4.5oz | 5.13 |
| 7102 | ____Mustard PC (K)(V+) | 0.07 |
| 7103 | ____Ketchup PC (K)(V+) | 0.10 |
| 7105 | ____Salt Packets-10ct (K)(V+) | 0.75 |
| 7106 | ____Old Fashioned Louisiana Hot Sauce PC (K)(V+) | 0.19 |
| 7107 | ____Americana Mayo PC (K)(V) | 0.11 |
| 7109 | ____Pop Tart Brown Sugar 2ct (V) | 1.05 |
| 7117 | ____Velveeta Mac & Cheese 3oz (K)(V) | 1.80 |
| 7118 | ____Ranch Dressing Packet (V) | 0.65 |
| 7124 | ____Taco Filling w/Chicken 11.25oz | 5.99 |
| 7125 | ____Brushy Creek Black Beans Pouch 10oz (V+) | 2.27 |
| 7127 | ____Beef Stew Pouch 11.25 | 3.69 |
| 7128 | ____Brushy Creek Lasagna Pouch 11.25oz | 3.99 |
| 7141 | ____Pork Rinds Hot & Spicy | 1.90 |
| 7142 | ____Lil Dutch Chocolate Chip Cookie 12oz (K)(S)(V) | 2.99 |
| 7152 | ____Blazin Hot Cheese Crunchy Nibblers 7oz (V) | 3.49 |
| 7153 | ____Plain Bagel (K)(V) | 1.19 |
| 7154 | ____Cream Cheese Packet (V) | 0.99 |
| 7160 | ____Carmela Ready Cuts | 3.59 |
| 7165 | ____Sunflower kernels tube (V+) | 1.15 |
| 7169 | ____Chocolate Mini Donuts 6ct (V) | 1.49 |
| 7170 | ____Powdered Mini Donuts 6ct (V) | 1.49 |
| 7177 | ____Jalapeno Cheese 4oz | 3.49 |
| 7187 | ____Microwave Popcorn EXTRA BUTTER | 1.15 |

| 7193 | ____Gardettos 2.5oz | 1.99 |
| 7200 | ____Moon Pie Banana | 0.94 |
| 7206 | ____Moon Pie Chocolate | 0.94 |
| 7232 | ____Tuna w/ Diced Jalapenos 3.53oz | 3.49 |
| 7233 | ____Tuna Thai Chili Flavored 3.53oz | 3.49 |
| 7237 | ____Summer Sausage Hot & Spicy 5oz | 3.99 |
| 7309 | ____Saltine Cracker Sleeve | 0.61 |

**SPECIAL**

| 9540 | ____Cook County Indigent Kit | 0.00 |
| 9993 | ____Cook County Phone Time | 1.00 |

ALL SALES FINAL
CHECK ORDER AT DELIVERY
TAXES ADDED AS NECESSARY

In the United States District Court for the
Northern District of Illinois

| | |
|---|---|
| Christopher Wheeler | |
| Plaintiff | Case # 22 C 3020 |
| V. | |
| Lyles, et al | Hon. Manish S. Shah |
| Defendants | |

Verification of Service

The enclosed document was given to Officer Campbell on 9-27-22 at 10:09AM (clearly marked as "Legal Mail") for Placement in the outgoing Mail in Division 08-BTU of the Cook County Department of Corrections located at 2700 S. California Ave, Chicago, Illinois

Christopher Wheeler
# 2017030135
Plaintiff, Pro-Se
2700 S. California Ave.
Div. 08-2G-D3-4
Chicago, IL 60608

In the United States District Court for the
Northern District of Illinois

Christopher Wheeler
Plaintiff

V.

Lyles, et al
Defendants

Case # 22 C 3020

Hon. Manish S Shah

## Certification

I, Christopher Wheeler, under Penalty
of Perjury, swear that all facts stated
in the enclosed document are true and correct
to the best of My knoweldge.

Signed on this 27th day of Sept 2022

Christopher Wheeler
Plaintiff, Pro Se
# 20170330135
2700 S. California Ave.
Div. 08-26-D3-4
Chicago, IL, 60608

Legal Mail

Christopher Wheeler # 2017033035
2700 S. California Ave
Div. 08-26- D3-4
Chicago, IL 60608

S SUBURBAN IL 604

30 Aug 2022 PM 3 L

Legal
Mail

FOREVER
USA

Barn Swallow

Clerk of the United States District Court
United States Courthouse
219 S. Dearborn St
Chicago, IL 60604

60604+1800 C005

Legal Mail
113 N  10627



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

10/04/2022-68