In the United States District Court for the Northern District of Illinois

**FILED**
SEP 05 2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Christopher Wheeler
Plaintiff
v.
Lyles
Defendant

Case # 22 C 3020
Judge: Jenkins

## Motion to return former defendant to suit

Now comes Christopher Wheeler, by and through his own resources to bring this Prose motion to return Superintendent Greene to this Case.

Sup. Green was previously named as a defendant when case was originally filed. Per Judge Shah he was dismissed. Now, during Plaintiff's discovery process, new facts have been found to further implicate Greene.

The original complaint named Ofc. Lyles and Sup. Greene in a failure to Protect Claim. It stated that Lyles allowed Plaintiff to be attacked by his then Cellmate, Michael Plata. Ofc. Lyles is directly responsible because she was notified on multiple occations that Plaintiff and Plata where having issues. On the evening of March 31, 2022 she was told to call a supervisor because

the issues had reached the breaking point (by both inmates). She refused stating that if she sees someone (supervisor) she would tell them but she was not going to call anyone. 4 hours later, we were fighting. Something she could have avoided. This was all while under the supervision of Sup. Green, who was over Division 10 at the time.

Later that day (4/1/22) when Ofc. Lyles was off duty, another inmate, Martin Prendergast, threw something in my cell. Nothing was done at that time. I wrote a grievance and the inmate was ticketed WHILE ON THE SAME TIER as the Plaintiff. While Plaintiff knew this happened, he recently received the incident report via FOIA. In the statement of facts it states "and per Supt. Greene [Prendergast] will remain on the unit pending classification and hearing board decision". Prendergast was served his ticket and saw the hearing board. That day (on or around 4/12/22), Prendergast and Plaintiff got into a verbal (and near physical) altercation. This would not (and should not) have happened if Greene would have followed proper safety procedures and moved Prendergast or the Plaintiff when this incident was originally reported.

Therefore, Plaintiff respectfully asks this court allow Superintendent Greene to be added back to this suit and, like Ofc. Lyles, be held accountable for his (or lack thereof) actions.

Respectfully Submitted,
*C.T. Wheeler*

*[signature]*
8/29/23

Christopher T. Wheeler
ID# 20170330135
Plaintiff, acting Pro Se
2700 S. California Ave.
Division 9-2H-2268-1
Chicago, IL, 60608
224-218-5791 (voicemail)

OFFICIAL SEAL
V DORSEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/7/2025

EXHT A




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)

User ID: R Forbes02

## INCIDENT REPORT

| DIVISION / UNIT: | | LIVING UNIT / LOCATION: |
|---|---|---|
| DIVISION 10 | | In cell |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 4/1/2022 | 6:00 PM | Security |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: |
|---|---|
| Disciplinary | ☐ Injuries / Hospitalization  ☐ OPR Notified<br>☐ Restraints / Force Used  ☑ ADO Notified<br>☐ Weapon(s) Involved<br>☐ Arrest(s) Made |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| Yes | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Martin P Prendergast | 717891 | Participant | A Rodriguez03 | Involved |
| Christopher Wheeler | 762525 | Victim | | |

### STATEMENT OF FACTS: (NARRATIVE)

On 11APR22 R\Lt. Rodriguez #771 received an emergency grievance from inmate Wheeler, Christopher (2017-0330135) claiming that an unknown substance that smelled of peanut butter was thrown through his cell chuckhole hitting him on 01APR22.

It was observed on divisional camera Div10-cam 1.040 tier 1B rear on 01APR22 that at 0554 hours. Inmate Prendergast, Martin (2021-1001108) walked up to cell 1221 and appears to throw an unknown object\substance into the cell through the chuckhole. A disciplinary report is being issued to inmate Prendergast and he will remain on the unit pending classification and hearing boards decision.

Inmate Wheeler was offered medical attention and refused.

SIGNATURE & STAR # OF REPORTING PERSONNEL:        DATE:        TIME:

SIGNATURE & STAR # OF SUPERVISOR:        DATE:        TIME:

### ADMINISTRATIVE ASSESSMENT:

On 11APR22 R\Lt. Rodriguez #771 received an emergency grievance from inmate Wheeler, Christopher (2017-0330135) claiming that an unknown substance that smelled of peanut butter was thrown through his cell chuckhole hitting him on 01APR22.

It was observed on divisional camera Div10-cam 1.040 tier 1B rear on 01APR22 that at 0554 hours. Inmate Prendergast, Martin (2021-1001108) walked up to cell 1221 and appears to throw an unknown object into the cell through the chuckhole. A disciplinary report is being issued to inmate Prendergast andper Supt, Greene he will remain on the unit pending classification and hearing boards decision.

Inmate Wheeler was offered medical attention and refused.

Supt. Greene notified via phone and this report.
AO Line notified 138292 0901  Inv. Mack 6167

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV10-2022-6954 | | |

Run Date: 8/3/2023 11:14 AM        Page 1 of 1

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.
For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

 

# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM (CCOMS)

User ID: R Forbes02

## INCIDENT REPORT

| DIVISION / UNIT: | | LIVING UNIT / LOCATION: | |
|---|---|---|---|
| DIVISION 10 | | In cell | |
| **INCIDENT DATE:** | **INCIDENT TIME:** | **INCIDENT TYPE:** | |
| 4/1/2022 | 1:30 AM | Security | |
| **INCIDENT CATEGORIES:** | | **INCIDENT DETAILS:** | |
| Inmate Fight | | ☐ Injuries / Hospitalization | ☐ OPR Notified |
| | | ☐ Restraints / Force Used | ☑ ADO Notified |
| | | ☐ Weapon(s) Involved | |
| | | ☐ Arrest(s) Made | |
| **INCIDENT VIDEOTAPED:** | **VIDEOTAPE NO.:** | | |
| No | | | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Christopher Wheeler | 762525 | Participant | T Jacob | Witness |
| ▮▮▮▮▮ | 724785 | Victim | | |

### STATEMENT OF FACTS: (NARRATIVE)

At apx. 0115hrs. on 1 April 22 R/O T. Jacob #15609 heard a commotion on tier 1B. R/O went into the living unit and found inmate ▮▮▮▮▮ ▮▮▮▮▮ standing between the door and the bunks and ▮▮▮▮▮. I radioed for Sgt. Schnolis #3233 to report to 1B.
The second person in cell ▮▮ was inmate Wheeler, Christopher 20170330135.
Several officers and Sgt. Schnolis arrived on 1B and both inmates were removed from cell ▮▮ without further incident and inmate ▮▮▮▮▮ was taken to Cermak Hospital for medical evaluation.
End of report

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
| | | |
| **SIGNATURE & STAR # OF SUPERVISOR:** | **DATE:** | **TIME:** |
| | | |

### ADMINISTRATIVE ASSESSMENT:

On 01Apr2022 at approximately 0123hrs Sgt Schnolis#3233 notified R/Lt Wolfe that detainees ▮▮▮▮▮ and Wheeler, Christopher 20170330135 who's housed on tier ▮▮▮▮▮ was involved in a physical confrontation. Ofc Shavers#18462 handcuffed detainee ▮▮▮ and removed from cell. Ofc Cruz#16392 escorted ▮▮▮ to Cermak at 0144hrs. Ofc Musgraves#18796 handcuffed and escorted Wheeler to Cermak at 0156hrs. Detainee Wheeler was seen by paramedic Lamonica and cleared. Wheeler returned to the division at 0214hrs. Due to ▮▮▮▮▮, he has to wait to be seen by a doctor. Dr. Yu seen ▮▮▮ and he received ▮▮▮▮▮ and now is cleared to return to division. Supt Greene will be notified by email. The AO line was notified at 0204hrs and Inv Winkle#6045 issued AO#135499.

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV10-2022-6212 | | |

Run Date: 8/3/2023 11:15 AM — Page 1 of 1
Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.
For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

Christopher Wheeler
#20170330135
2700 S. California Ave.
DIV.08-3B-28
Chicago, IL 60608

Legal Mail

Clerk of the
United States District Court
United States Courthouse
219 S. Dearborn St.
Chicago, IL 60604



Legal Mail





RECEIVED
SEP -5 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

09/05/2023-4