IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Wheeler | ) | |
| | ) | Case No. 22-cv-03020 |
| Plaintiff, | ) | |
| | ) | Hon. Lindsay C. Jenkins |
| v. | ) | |
| | ) | |
| Officer Jordan Lyles, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **September 12, 2023,** Assistant Cook County State's Attorney James O'Connor withdrew his appearance for Defendant Correctional Officer Jordan Lyles**,** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Troy S. Radunsky, substituted his appearance for said Defendants.

Respectfully Submitted,

DeVore Radunsky LLC

By:  */s/ Troy S. Radunsky*
Troy S. Radunsky (6269281)
Special Assistant State's Attorney
230 W Monroe St, Ste 230
Chicago, IL 60606
312-300-4479
Email: tradunsky@devoreradunsky.com

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **September 12, 2023**.

/s/*Zachary Stillman*