IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christopher Wheeler ) | |
| ) | Case No. 22-cv-03020 |
| Plaintiff, ) | |
| ) | Hon. Lindsay C. Jenkins |
| v. ) | |
| ) | |
| Officer Jordan Lyles, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **September 12, 2023,** Assistant Cook County State's Attorney James O'Connor withdrew his appearance for Defendant Correctional Officer Jordan Lyles**,** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Zachary G. Stillman substituted his appearance for said Defendants.

Respectfully Submitted,

DeVore Radunsky LLC

By: */s/ Zachary G. Stillman*
Zachary G. Stillman (ARDC No. 6342749)
Special Assistant State's Attorney
230 W. Monroe, Ste 230
Chicago, IL 60606
312-300-4479
Email: zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the above **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was filed on **September 12, 2023**, with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/Zachary G. Stillman*