IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Wheeler, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-3020 |
| | ) | |
| v. | ) | Honorable Lindsay C. Jenkins |
| | ) | |
| Officer Jordan Lyles, | ) | |
| | ) | |
| Defendants. | ) | |

### **OPPOSED MOTION FOR ENTRY OF RULE 26.2 CONFIDENTIALITY ORDER**

NOW COMES Defendant, OFFICER JORDAN LYLES, by and through his attorneys, Troy S. Radunsky and Zachary G. Stillman, of DeVore Radunsky LLC, and for his Opposed Motion for Entry of Confidentiality Order, states as follows:

1. Defendant's Counsel conferred with Plaintiff on October 4, 2023, regarding this Motion, and Plaintiff advised that he opposes it.

2. Plaintiff also advised on October 4, 2023, that he would like to obtain written discovery from defendants.

3. Defendant's discovery responses will include confidential information, which may include personal information of non-parties.

4. The proposed Confidentiality Order is based on the Local Rule 26.2 "Model" Confidentiality Order on the Northern District of Illinois website and attached to this motion as Exhibit "A".

WHEREFORE, Defendant, JORDAN LYLES, by and through their attorneys, DeVore Radunsky, LLC respectfully request an order entered as follows:

1. The Motion for Entry of Confidentiality Order is granted,

2. The Confidentiality Order is entered, and

3. Any further relief this Court deems appropriate.

Respectfully submitted,

*/s/ Troy S. Radunsky*
*Attorneys for Defendants*
Troy S. Radunsky (ARDC# 6269281)
DeVore Radunsky LLC
230 W. Monroe Suite 230
Chicago, IL 60606
312-300-4484

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he electronically filed the foregoing document on October 10, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/ Andrew H. Kim*
Andrew H. Kim

**PLAINTIFF**
Christopher Wheeler, Pro Se Plaintiff
Ilnd_pc3@ilnd.uscourts.gov