**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Christopher Wheeler
                                  Plaintiff,

v.                                                                       Case No.: 1:22−cv−03020
                                                                     Honorable Lindsay C. Jenkins

Lyles, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 11, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defense counsel shall arrange for the telephonic appearance of any incarcerated pro se plaintiff. Counsel shall contact Courtroom Deputy, Jackie Deanes via email at Jackie_Deanes@ilnd.uscourts.gov at least three days prior to hearing with contact information for the Plaintiff. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.