In the United States District Court for the Northern District of Illinois

| | |
|---|---|
| Christopher Wheeler<br>Plaintiff<br>V.<br>Officer Jordan Lyles<br>Defendant | Case # 22 C 3020<br><br>Hon. Lindsay Jenkins |

FILED
OCT 10 2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Notice of Intent and Request for Case Update

Now comes Christopher Wheeler (Plaintiff), by and through his own resources, to bring this Pro se notice and request before this Court.

1. Plaintiff previously filed a request to readd defendant Greene to this claim. After notice and education provided by the court. After the Court's denial of said request, Plaintiff fully understands and accepts the Courts ruling and has no intent to take any further action to add Superintendent Green to this claim.

2. Plaintiff recieved an update from this court stating that the Cook County States Attorney could no longer defend Officer Lyles and private counsel had been found. At this time, no update nor response to Plaintiff's claim or confirmation of appearence has been recieved by Plaintiff.

Respectfully, Plaintiff asks this Court to provide any and all updates available to the current address on file.

Respectfully Submitted,

*[signature]*

Christopher T. Wheeler
Plaintiff, Acting Pro Se
#20170330135
2700 S. California Ave.
Division 08-3B-D1-28
Chicago, IL, 60608
224-218-5791 - Voicemail

In the United States District Court for the Northern District of Illinois

| | |
|---|---|
| Christopher T. Wheeler<br>Plaintiff<br>V.<br>Officer Jordan Lyles<br>Defendant | Case # 22 C 3020<br><br>Hon. Lindsay Jenkins |

## Certificate of Service

I, Christopher Wheeler, swear under penalty of perjury, that all facts included in the enclosed document are true and correct to the best of my knowledge.

This document has been given to Officer Davis, clearly marked "Legal Mail" on 10/2/23 @ 10:27 Am for placement in the outgoing mail in Division 08 at 2700 S. California Ave Chicago, Illinois.

Regards,

Christopher T. Wheeler # 20170330135
Plaintiff, acting Pro Se

Attn: Clerk of the Court

Please update the information for Plaintiff in Case # 22 c 3020

Christopher Wheeler
# 20170330135
2700 S. California Ave.
Division 08-3B-D1-28
Chicago, IL, 60608
224-218-5791 - Phone

Best Regards,
[signature]
10-2-23

Christopher Wheeler
2201703301 35
2700 S. California Ave.
Div. 08-3B-D1-28
Chicago, IL 60608

RECEIVED
OCT 10 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

S SUBURBAN IL 604
4 OCT 2023 PM 1 L

10/10/2023-10

Clerk of the
United States District Court
United States Courthouse
219 S. Dearborn St
Chicago, IL 60604

[LEGAL MAIL]

