## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher Wheeler
                         Plaintiff,

v.                                                      Case No.: 1:22−cv−03020
                                                           Honorable Lindsay C. Jenkins

Lyles, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 19, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Status hearing held. Plaintiff's notice of intent and request for case update [47] is granted. Plaintiff was advised of the status on the record. Opposed motion for entry of HIPAA Qualified Protective order [43] and opposed motion for entry of Rule 26.2 Confidentiality order [44] are granted. Enter separate orders. Rule 26(a)(1) disclosures shall be served by November 14, 2023. Discovery shall proceed. By November 7, 2023, the parties shall file a statement as to the fact discovery deadline. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.