UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WHEELER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-03020 |
| | ) | |
| v. | ) | Hon. Lindsay C. Jenkins |
| | ) | |
| OFFICER JORDAN LYLES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S STATUS REPORT

Per Dkt #49, the Court ordered that "[b]y November 7, 2023, the parties shall file a statement as to the fact discovery deadline."

Pursuant to the Court's order, we scheduled a Zoom meeting with Plaintiff on October 27, 2023, at 10:15 AM, wherein Plaintiff refused to meet with us to determine the deadlines for fact discovery, because he was handcuffed and could not take notes, and insisted that we come to meet him in person instead and that he would not meet over Zoom in the future.

Defendant instead proposes the following deadlines which it feels are fair and reasonable for all parties:

**Fact Discovery: June 14, 2024**
**Written: 70 days (January 15, 2024)**
**Depositions: 100 days (February 14, 2024)**

    Respectfully Submitted,

    /s/*Troy S. Radunsky*
    Troy S. Radunsky
    One of the Attorneys for Defendants


Troy S. Radunsky (ARDC# 6269281)
DeVore Radunsky LLC
230 W. Monroe, Suite 230
Chicago, IL 60606
tradunsky@devoreradunsky.com

**<u>CERTIFICATE OF SERVICE</u>**

  The undersigned, an attorney, hereby certifies that on November 7, 2023, he electronically filed the foregoing document, which will send a notice of electronic filing to all counsel of record.

               */s/ Zachary G. Stillman*
               Zachary G. Stillman