## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher Wheeler

                    Plaintiff,

v.                                            Case No.: 1:22−cv−03020
                                                  Honorable Lindsay C. Jenkins

Lyles, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 8, 2023:

        MINUTE entry before the Honorable Lindsay C. Jenkins: The status report indicates that the parties attempted to meet over zoom on October 27, 2023. Plaintiff did not participate in the conference to discuss a discovery schedule because his hands were restrained behind his back. The Court is unable to control the issue of restraints, nor is the Court prepared to order that all discussions between the parties take place in person. Many aspects of this case in writing or by telephone, and other times, video conferencing will be necessary. In any event, the Court sets the following fact discovery schedule: written discovery may issue no later than January 15, 2024; depositions may occur beginning on February 14, 2024 and all fact discovery must be noticed in time for completion by June 14, 2024. By May 31, 2024, the parties should file a status report that indicates whether discovery will close on time and they should propose a schedule for expert discovery if expert testimony is expected. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.