In The United States District Court for the Northern District of Illinois

FILED
NOV 14 2023 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Christopher Wheeler<br>Plantiff<br>V.<br>Officer Jordan Lyles<br>Defendant | Case # 22 cv 3020<br><br>Judge Lindsay Jenkins |

**Plantiff's request for Security Accomidations by Cook County Department of corrections (CCDoc)**

Now Comes Plantiff Christopher Wheeler, by and through his own resources, to bring this Pro se request for an order to CCDoc to accomidate a Pro se Plantiff, for the following reasons:

1. Because Plantiff is Pro se, any and all notes, deadlines, and other request by the defense or Court must be documented and managed by himself.

2. On or about 10/__/2023, an attorney for defendant attempted to visit Plantiff via zoom at CCDoc.

3. Officer Griffin was responsible for attorney zoom

calls on or about 10/27/2023 at CCDOC-Division of where Plaintiff is currently housed.

4. Officer Griffin insisted Plaintiff be handcuffed to the back during the zoom call. This denied him the ability to take and access notes regarding the case.

5. Plaintiff made Officer Griffin aware that he is currently Pro Se and must have access to his hands. Officer Griffin said that wasn't his problem.

6. Plaintiff asked that the matter be escalated to a supervisor. Officer Griffin refused to honor his request.

7. Defense Counsel did not help the situation by telling Officer Griffin that he did not see the need for Plaintiff to have access to his notes or write anything since they were "just going over the timeline". Plaintiff still cannot understand why such an important matter shouldn't be notated by himself.

8. Plaintiff was forced to deny the visit with opposing counsel, wasting valuable time of all parties.

## Conclusion

After Plaintiff discussed this issue with multiple supervisors and consulted the CCDoc Inmate Handbook, it was made known that CCDoc does not have a mandatory policy stating that "inmates must be hand cuffed" behind their back unless in transit. This is left to the discreetion of the officer. Given the nature of this case, there can be a motive behind Officer Griffin's actions and without intervention from this court this problem will likely continue.

Therefore, Plaintiff Christopher Wheeler request that this honorable court issue an order to CCDoc to allow Plaintiff access to his documents (with either no cuffs or front facing cuffs) during any and all communication related to this case including any attorney visits (in-person and Zoom), any court video or phone calls, or during calls or visits with Plaintiff Counsel (if/when obtained).

Respectfully Submitted,
[signature]
11/7/23
Christopher Wheeler
Plaintiff, Acting Prose

OFFICIAL SEAL
V DORSEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/7/2025

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
(Formulario de Queja del Individuo bajo Custodi)

CONTROL # _____  Individual In Custody SHORT # _____

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF  (! Para ser llenado solo por el personal de IIC Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

PRINT - INDIVIDUAL IN CUSTODY LAST NAME: **Wheeler**
PRINT - FIRST NAME: **Christopher**
BOOKING NUMBER: **20170330131**
DIVISION: **08**
LIVING UNIT: **3B**
DATE: **10-30-23**

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

- The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas
[Spanish version of above guidelines]

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 10/27/23 | 10:15 A.M. | Div. 08 3rd FLR visiting (video) | OFC. Griffin |

I am a Pro-se IIC. In order to properly work on my case I must have access to my notes and the ability to take additional notes during visits. This is a right given to me by the U.S. Constitution. By refusing to accommodate me (who refused to cuff me to the front) this right has been violated. My criminal attorney APD Robert Fox has even been here to address this issue before. This is a pre-trial detention facility where I'm to fight my case(s) before trial. This grievance & a letter explaining the situation will be going to District Court Judge Jenkins so she understands the delay and how CCDOC is trying to sabotage a case involving their officer.

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:

SIGNATURE of Individual in Custody: [signed]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW NAME (Print): [illegible]
SIGNATURE: [signed]
DATE CRW RECEIVED: 10/31/23
CRW NOTATION OF SENT EMAIL (Print):
DATE EMAIL NOTIFICATION SENT:

(FCN-07) (FEB 23)  (WHITE COPY – IIC SERVICES DEPT.)  (YELLOW COPY – CRW)  (PINK COPY – INDIVIDUAL IN CUSTODY)

## ATTACHMENT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Wheeler, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-3020 |
| | ) | |
| v. | ) | Honorable Lindsay C. Jenkins |
| | ) | |
| Officer Jordan Lyles, | ) | |
| | ) | |
| Defendants. | ) | |

### ACKNOWLEDGMENT
### AND
### AGREEMENT TO BE BOUND

The undersigned hereby acknowledges that he/she has read the Confidentiality Order dated 10/19/2023 in the above-captioned action and attached hereto, understands the terms thereof, and agrees to be bound by its terms. The undersigned submits to the jurisdiction of the United States District Court for the Northern District of Illinois in matters relating to the Confidentiality Order and understands that the terms of the Confidentiality Order obligate him/her to use materials designated as Confidential Information in accordance with the Order solely for the purposes of the above-captioned action, and not to disclose any such Confidential Information to any other person, firm, or concern.

The undersigned acknowledges that violation of the Confidentiality Order may result in penalties for contempt of court.

Name: Christopher Wheeler

Job Title: N/A

Employer: N/A

C.w.
~~Business~~ Address: 2700 S. California Ave
Chicago, IL, 60608
ID# 20170330 / 35

Date: 11-1-23

Signature