

**FILED**

NOV 14 2023 *SH*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

*Christopher Wheeler*
(full name of plaintiff or petitioner)

vs.

*Officer Jordan Lyles*
(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(PRISONER CASES)**

Case number: *22 C 3020*

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

☐ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

☒ to request an attorney

1. *Are you in custody?* ☒ Yes ☐ No
ID # *2017033O/SS* Name of jail or prison: *Cook County Jail*
Do you receive any payment from this institution? ☐ Yes ☒ No
If "Yes," how much per month? $_____

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

*(list the 12-month total for each)*

| | |
|---|---|
| Self-employment, business, or profession: | $ *0* |
| Income from interest or dividends: | $ *0* |
| Income from rent payments: | $ *0* |
| Pensions, annuities, or life insurance: | $ *0* |
| Disability or worker's compensation: | $ *0* |
| Gifts: | $ *0* |
| Deposits by others into your jail or prison account: | $ *1079* |
| Unemployment, public assistance, or welfare: | $ *0* |
| Settlements or judgments: | $ *0* |
| **Any other source of money:** | $ *0* |

Page 1 of 2

Rev. 2/2020

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☒ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

☐ Grammar school    ☐ Some high school    ☐ High school graduate
☐ Some college    ☒ College graduate    ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☒ I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Movant

Street Address: 2700 S. California Ave

Date: 11-1-23

City, State, Zip: Chicago IL 60608

Other cases in which an attorney requested by this Court has represented me:

| | |
|---|---|
| Case Name: Wheeler V. Stovall | Case No.: 18 C 2090 |
| Attorney's Name: Michael Robinson | This case is still pending ☐ Yes ☒ No |
| The appointment was limited to settlement assistance: ☐ Yes ☒ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# Resident Transaction Details

Transactions to 11/7/2023 11:59 PM

## 762525 : Wheeler, Christopher
### DIV8 RTU 3B D1

Cook Checking Main Balance: $4.75

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | | |
|---|---|---|---|---|---|---|---|
| 6094431 | 11/2/2023 | BillPay | | | PAYMENT FOR TRANS 6094430 | -$40.86 | $4.75 |
| 6094430 | 11/2/2023 | Bill | $40.86 | $40.86 | Commis... | | |
| 6083328 | 10/30/2023 | BillPay | | | PAYMENT FOR TRANS 6083327 | -$6.00 | $45.61 |
| 6083327 | 10/30/2023 | | $0.00 | | | | |
| 6066976 | 10/27/2023 | CredPay | | | PAYMENT FOR TRANS 6066975 | $50.00 | $51.61 |
| 6066975 | 10/27/2023 | Credit | $0.00 | | | | |
| 6066974 | 10/27/2023 | StlmntRcpt | | | | $50.00 | $51.61 |
| 6066964 | 10/27/2023 | Settlement | | | | | |
| 6066944 | 10/27/2023 | CredPay | | | PAYMENT FOR TRANS 6066943 | $50.00 | $51.61 |
| 6066943 | 10/27/2023 | Credit | $0.00 | | Sharon Wheeler... Paid by Sharon Wheeler 15301 29th St Phoenix AZ 8000 | | |
| 6064168 | 10/26/2023 | BillPay | | | PAYMENT FOR TRANS 6064167 | -$3.03 | $1.61 |
| 6064167 | 10/26/2023 | Bill | $3.03 | $3.05 | Commis... | | |

# 762525 : Wheeler, Christopher

DIV8 RTU 3B D1

Cook Checking Main Balance: **$4.75**

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| 6048746 | 10/23/2023 | BillPay | | | PAYMENT FOR TRANS 6048745 | -$2.00 | $4.64 |
| 6048745 | 10/23/2023 | Bill | $2.00 | $2.00 | Commissary : COMMISSARY 10/23/2023 REF:11718 | | $6.64 |
| 6030298 | 10/19/2023 | BillPay | | | PAYMENT FOR TRANS 6030297 | | |
| 6030297 | 10/19/2023 | Bill | $5.06 | $5.06 | Commissary : COMMISSARY 10/19/2023 REF:11669 | | $11.70 |
| 6019437 | 10/16/2023 | BillPay | | | PAYMENT FOR TRANS 6019436 | | |
| 6019436 | 10/16/2023 | Bill | $4.00 | $4.00 | Commissary : COMMISSARY 10/16/2023 REF:11635 | | $15.70 |
| 5998066 | 10/12/2023 | BillPay | | | PAYMENT FOR TRANS 5998064 | | |
| 5998064 | 10/12/2023 | Bill | $28.42 | $28.42 | Commissary : COMMISSARY 10/12/2023 REF:11568 | | $44.12 |
| 5988811 | 10/9/2023 | BillPay | | | PAYMENT FOR TRANS 5986810 | | |
| 5986810 | 10/9/2023 | Bill | $6.00 | $6.00 | Commissary : COMMISSARY 10/9/2023 REF:11536 | | $50.12 |
| 5979113 | 10/8/2023 | CreditPay | | | PAYMENT FOR TRANS 5979112 | | |
| 5979112 | 10/8/2023 | Credit | $50.00 | $50.00 | Western Union Deposits : TCN:361614811223281|LEONARD, SMOTHERS | | $0.12 |
| 5968627 | 10/5/2023 | BillPay | | | PAYMENT FOR TRANS 5968626 | | |
| 5968626 | 10/5/2023 | Bill | $0.46 | $0.46 | Commissary : COMMISSARY 10/5/2023 REF:11490 | | $0.58 |
| 5956663 | 10/2/2023 | BillPay | | | PAYMENT FOR TRANS 5956662 | | |
| 5956662 | 10/2/2023 | Bill | $2.00 | $2.00 | Commissary : COMMISSARY 10/2/2023 REF:11442 | | $2.58 |
| 5934835 | 9/28/2023 | BillPay | | | PAYMENT FOR TRANS 5934834 | | |
| 5934834 | 9/28/2023 | Bill | $23.37 | $23.37 | Commissary : COMMISSARY 9/28/2023 REF:11377 | | $25.95 |
| 5922938 | 9/26/2023 | BillPay | | | PAYMENT FOR TRANS 5922937 | | |

# 762525 : Wheeler, Christopher
## DIV8 RTU 3B D1

Cook Checking Main Balance:    $4.75

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Account Balance | Spend Balance |
|---|---|---|---|---|---|---|---|
| 5922997 | 9/25/2023 | Bill | $5.00 | $5.00 | Commissary : COMMISSARY 9/25/2023 REF:11358 | | $30.95 |
| 5905883 | 9/22/2023 | CredPay | | | PAYMENT FOR TRANS 5905882 | $30.00 | $30.95 |
| 5905882 | 9/22/2023 | Credit | $30.00 | $30.00 | ACH Settlement Fund Primary balance receipt from TF Checking | | $30.95 |
| 5905881 | 9/22/2023 | SttlmtRcpt | | | | | $30.95 |
| 5905877 | 9/22/2023 | Settlement | | | | | $30.95 |
| 5905872 | 9/22/2023 | CredPay | | | PAYMENT FOR TRANS 5905871 | $30.00 | $30.95 |
| 5905871 | 9/22/2023 | Credit | $30.00 | $30.00 | Sherry Wheeler, Paid By:Sherry Wheeler 1333 N 2nd St Phoenix, AZ 85008 | | $0.95 |
| 5870226 | 9/14/2023 | BillPay | | | PAYMENT FOR TRANS 5870225 | -$26.64 | $0.95 |
| 5870225 | 9/14/2023 | Bill | $26.64 | $26.64 | Commissary : COMMISSARY | | |
| 5856959 | 9/11/2023 | BillPay | | | PAYMENT FOR TRANS 5856958 | -$4.00 | $27.59 |
| 5856958 | 9/11/2023 | Bill | $4.00 | $4.00 | Commissary : COMMISSARY | | $27.59 |
| 5844452 | 9/10/2023 | CredPay | | | PAYMENT FOR TRANS 5844451 | $30.00 | $31.59 |
| 5844451 | 9/10/2023 | Credit | $30.00 | $30.00 | ACH Settlement Fund Primary balance receipt from TF Checking | $30.00 | $31.59 |
| 5844450 | 9/10/2023 | SttlmtRcpt | | | | | $31.59 |
| 5844440 | 9/10/2023 | Settlement | | | | | |

# 762525 : Wheeler, Christopher

## DIV8 RTU 3B D1

Cook Checking Main Balance: **$4.75**

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust. | Spend Balance |
|---|---|---|---|---|---|---|---|
| 5844435 | 9/10/2023 | CredPay | | | PAYMENT FOR TRANS 5844434 | | $31.59 |
| 5844434 | 9/10/2023 | Credit | $30.00 | $30.00 | JailATM : JailATM Web Deposit GC# 58265244 by Sherry Wheeler Paid By: Sherry Wheeler 1333 N. 24th St Phoenix , AZ 85008 | $30.00 | $1.59 |
| 5835474 | 9/7/2023 | BillPay | | | PAYMENT FOR TRANS 5835473 | $12.02 | |
| 5835473 | 9/7/2023 | Bill | $12.02 | $12.02 | Commissary : COMMISSARY 9/7/2023 REF:11173 | | $13.61 |
| 5818508 | 9/2/2023 | BillPay | | | PAYMENT FOR TRANS 5818507 | | |
| 5818607 | 9/2/2023 | Bill | $4.00 | $4.00 | Commissary : COMMISSARY 9/2/2023 REF:11152 | | $17.61 |
| 5805740 | 8/31/2023 | BillPay | | | PAYMENT FOR TRANS 5805740 | $52.86 | |
| 5805745 | 8/31/2023 | Bill | $52.86 | $52.86 | Commissary : COMMISSARY 8/31/2023 REF:11136 | | $70.47 |
| 5790944 | 8/28/2023 | BillPay | | | PAYMENT FOR TRANS 5790943 | $10.00 | |
| 5790943 | 8/28/2023 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 8/28/2023 REF:11113 | | $80.47 |
| 5773766 | 8/25/2023 | CredPay | | | PAYMENT FOR TRANS 5773765 | $80.00 | |
| 5773765 | 8/25/2023 | Credit | $80.00 | $80.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $0.47 |
| 5773764 | 8/25/2023 | SUmitRcpt | | | | $80.00 | |
| 5773754 | 8/25/2023 | Settlement | | | | -$80.00 | $80.47 |
| 5773749 | 8/25/2023 | CredPay | | | PAYMENT FOR TRANS 5773748 | $80.00 | |
| 5773748 | 8/25/2023 | Credit | $80.00 | $80.00 | JailATM : JailATM Web Deposit GC# 57869347 by | | $0.47 |

Confidential Property of Cook County

## 762525 : Wheeler, Christopher
DIV8 RTU 3B D1

Cook Checking Main Balance:    **$4.75**

### Resident Transaction Details

Sherry Wheeler
Paid By: Sherry Wheeler
1333 N. 24th St
Phoenix, AZ 85008

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Ending Balance |
|---|---|---|---|---|---|---|
| 5757756 | 8/21/2023 | BillPay | | | PAYMENT FOR TRANS 5757755 | -$1.00 | $0.47 |
| 5757755 | 8/21/2023 | Bill | $1.00 | $1.00 | Commissary - COMMISSARY 8/21/2023 REF:11061 | | $1.47 |
| 5695873 | 8/9/2023 | BillPay | | | PAYMENT FOR TRANS 5695872 | -$12.80 | $1.47 |
| 5695872 | 8/9/2023 | Bill | $12.80 | $12.80 | Commissary - COMMISSARY 8/9/2023 REF:10962 | | $14.27 |
| 5686561 | 8/7/2023 | BillPay | | | PAYMENT FOR TRANS 5686560 | -$3.00 | $14.27 |
| 5686560 | 8/7/2023 | Bill | $3.00 | $3.00 | Commissary - COMMISSARY 8/7/2023 REF:10931 | | $17.27 |
| 5659847 | 8/2/2023 | BillPay | | | PAYMENT FOR TRANS 5659846 | -$1.76 | $17.27 |
| 5659846 | 8/2/2023 | Bill | $1.76 | $1.76 | Commissary - COMMISSARY 8/2/2023 REF:10866 | | $19.03 |
| 5650610 | 7/31/2023 | BillPay | | | PAYMENT FOR TRANS 5650609 | -$3.00 | $19.03 |
| 5650609 | 7/31/2023 | Bill | $3.00 | $3.00 | Commissary - COMMISSARY 7/31/2023 REF:10836 | | $22.03 |
| 5629747 | 7/27/2023 | BillPay | | | PAYMENT FOR TRANS 5629746 | -$42.54 | $22.03 |
| 5629746 | 7/27/2023 | Bill | $42.54 | $42.54 | Commissary - COMMISSARY 7/27/2023 REF:10767 | | $64.57 |
| 5615690 | 7/24/2023 | BillPay | | | PAYMENT FOR TRANS 5615689 | -$6.00 | $64.57 |
| 5615689 | 7/24/2023 | Bill | $6.00 | $6.00 | Commissary - COMMISSARY 7/24/2023 REF:11145 | | $70.57 |
| 5601458 | 7/23/2023 | CredPay | | | PAYMENT FOR TRANS 5601457 | $60.00 | $70.57 |
| 5601457 | 7/23/2023 | Credit | $60.00 | $60.00 | ACH Settlement Fund - Primary Balance Receipt from TF:Checking | | |

# 762525 : Wheeler, Christopher
## DIV8 RTU 3B D1

Cook Checking Main Balance:      $4.75

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Amount | Spend Balance |
|---|---|---|---|---|---|---|---|
| 5601456 | 7/23/2023 | SttmtRcpt | | | | $60.00 | $70.57 |
| 5601446 | 7/23/2023 | Settlement | | | | -$60.00 | $70.57 |
| 5601440 | 7/23/2023 | CredPay | | | PAYMENT FOR TRANS 5601439 | $60.00 | $70.57 |
| 5601439 | 7/23/2023 | Credit | $60.00 | $60.00 | JailATM : JailATM Web Deposit GC# 57063450 by Sherry Wheeler Paid By: Sherry Wheeler 1333 N. 24th St Phoenix , AZ 85008 | | $10.57 |
| 5592057 | 7/20/2023 | BillPay | | | PAYMENT FOR TRANS 5592056 | | |
| 5592056 | 7/20/2023 | Bill | $9.74 | $9.74 | Commissary : COMMISSARY 7/20/2023 REF:10817 | | $20.31 |
| 5577880 | 7/17/2023 | BillPay | | | PAYMENT FOR TRANS 5577879 | | |
| 5577879 | 7/17/2023 | Bill | $2.00 | $2.00 | Commissary : COMMISSARY 7/17/2023 REF:10789 | | $22.31 |
| 5547273 | 7/11/2023 | CredPay | | | PAYMENT FOR TRANS 5547272 | $20.00 | $22.31 |
| 5547272 | 7/11/2023 | Credit | $20.00 | $20.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $2.31 |
| 5547271 | 7/11/2023 | SttmtRcpt | | | | $20.00 | |
| 5547264 | 7/11/2023 | Settlement | | | | -$20.00 | |
| 5547250 | 7/11/2023 | CredPay | | | | $20.00 | |
| 5547249 | 7/11/2023 | Credit | $20.00 | $20.00 | JailATM : JailATM Web Deposit GC# 56785000 by Ciara Cook Paid By: Ciara Cook 11515 Sandy Loam Trl | | $2.31 |

# 762525 : Wheeler, Christopher

## DIV8 RTU 3B D1

Cook Checking Main Balance: **$4.75**

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 5537330 | 7/10/2023 | CredPay | | | Austin, TX 78750 PAYMENT FOR TRANS 5537329 | | |
| 5537329 | 7/10/2023 | Credit | $1.93 | $1.93 | Commissary COMMISSARY CREDIT 7/07/2023 REF-10895 | $1.93 | $2.31 |
| 5516513 | 7/6/2023 | BillPay | | | PAYMENT FOR TRANS 5516512 | | |
| 5516512 | 7/6/2023 | Bill | $1.93 | $1.93 | Commissary COMMISSARY 7/06/2026 REF-10685 | -$1.93 | $0.38 |
| 5498733 | 7/1/2023 | BillPay | | | PAYMENT FOR TRANS 5498732 | | |
| 5498732 | 7/1/2023 | Bill | $5.00 | $5.00 | Commissary COMMISSARY 7/01/2026 REF-10012 | -$5.00 | $2.31 |
| 5484760 | 6/29/2023 | BillPay | | | PAYMENT FOR TRANS 5484759 | | |
| 5484759 | 6/29/2023 | Bill | $45.92 | $45.92 | Commissary COMMISSARY 6/29/2023 REF-10076 | -$45.92 | $7.31 |
| 5470501 | 6/26/2023 | BillPay | | | PAYMENT FOR TRANS 5470500 | | |
| 5470500 | 6/26/2023 | Bill | $8.00 | $8.00 | Commissary COMMISSARY 6/26/2023 REF-10034 | -$8.00 | $53.23 |
| 5452958 | 6/23/2023 | CredPay | | | PAYMENT FOR TRANS 5452957 | | $61.23 |
| 5452957 | 6/23/2023 | Credit | $60.00 | $60.00 | ACH Settlement Fund : Primary balance receipt from TF:Checking | $60.00 | $61.23 |
| 5452956 | 6/23/2023 | StlmtRcpt | | | | $60.00 | $61.23 |
| 5452949 | 6/23/2023 | Settlement | | | | $60.00 | $61.23 |
| 5452943 | 6/23/2023 | CredPay | | | PAYMENT FOR TRANS 5452942 | $60.00 | $61.23 |
| 5452942 | 6/23/2023 | Credit | $60.00 | $60.00 | JailATM.com Walla Walla Count COM Receipt 7/19/10 Sherry Wheeler Paid By: Sherry Wheeler | $60.00 | $61.23 |

# 762525 : Wheeler,  Christopher

## DIV8 RTU 3B D1

Cook Checking Main Balance:  $4.75

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Actual | Spend Balance |
|---|---|---|---|---|---|---|---|
| | | | | | 1333 N 24th St<br>Phoenix , AZ 85008 | | |
| 5344791 | 6/1/2023 | BillPay | | | PAYMENT FOR TRANS 5344790 | -$12.03 | $1.23 |
| 5344790 | 6/1/2023 | Bill | $12.03 | $12.03 | Commissary : COMMISSARY 6/1/2023 REF:1027... | | |
| 5327681 | 5/27/2023 | BillPay | | | PAYMENT FOR COMMISSARY COMMISSARY 5/27/2023 REF:1034 | -$3.00 | $13.26 |
| 5327680 | 5/27/2023 | Bill | $3.00 | $3.00 | Commissary : COMMISSARY 5/27/2023 REF:1034 | | |
| 5317040 | 5/25/2023 | BillPay | | | PAYMENT FOR TRANS 5317039 | -$33.78 | $16.26 |
| 5317039 | 5/25/2023 | Bill | $33.78 | $33.78 | Commissary : COMMISSARY 5/25/2023 REF:1002 | | |
| 5314707 | 5/24/2023 | CredPay | | | PAYMENT FOR TRANS 5314706 | $10.00 | $50.04 |
| 5314706 | 5/24/2023 | Credit | $10.00 | $10.00 | Western Union Deposit TCN2306012451224 AUSTIN, MANUEL | | |
| 5302905 | 5/22/2023 | BillPay | | | PAYMENT FOR TRANS 5302904 | -$10.00 | $40.04 |
| 5302904 | 5/22/2023 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 5/22/2023 REF:1049 | | |
| 5290325 | 5/21/2023 | CredPay | | | PAYMENT FOR TRANS 5290324 | $50.00 | $50.04 |
| 5290324 | 5/21/2023 | Credit | $50.00 | $50.00 | ACH Settlement Fund - Primary balance receipt from TF Checking | | |
| 5290304 | 5/21/2023 | SttlmtRcpt | | | | $50.00 | $50.04 |
| 5290275 | 5/21/2023 | CredPay | | | PAYMENT FOR TRANS 5290274 | $50.00 | $50.04 |
| 5290274 | 5/21/2023 | Credit | $50.00 | $50.00 | JPAY M... JATM web Deposit GCS Deposit from Sherry Wheeler | $50.00 | $50.04 |

# 762525 : Wheeler, Christopher
## DIV8 RTU 3B D1

Cook Checking Main Balance:    $4.75

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Account | Spend Balance |
|---|---|---|---|---|---|---|---|
| 5282051 | 5/18/2023 | BillPay | | | PAYMENT FOR TRANS 5282050 | -$2.70 | $0.04 |
| 5282050 | 5/18/2023 | Bill | $2.70 | $2.70 | Commissary COMMISSARY 5/18/2023 REF:10115 | | |
| 5269069 | 5/15/2023 | BillPay | | | PAYMENT FOR TRANS 5269068 | -$7.00 | $2.74 |
| 5269068 | 5/15/2023 | Bill | $7.00 | $7.00 | Commissary COMMISSARY 5/15/2023 REF:10664 | | |
| 5248791 | 5/11/2023 | BillPay | | | PAYMENT FOR TRANS 5248790 | -$14.69 | $9.74 |
| 5248790 | 5/11/2023 | Bill | $14.69 | $14.69 | Commissary COMMISSARY 5/11/2023 REF:10051 | | |
| 5235427 | 5/8/2023 | BillPay | | | PAYMENT FOR TRANS 5235426 | -$2.00 | $24.43 |
| 5235426 | 5/8/2023 | Bill | $2.00 | $2.00 | Commissary COMMISSARY 5/8/2023 REF:10022 | | |
| 5213195 | 5/4/2023 | BillPay | | | PAYMENT FOR TRANS 5213194 | -$21.22 | $26.43 |
| 5213194 | 5/4/2023 | Bill | $21.22 | $21.22 | Commissary COMMISSARY 5/4/2023 REF:9972 | | |
| 5199538 | 5/1/2023 | BillPay | | | PAYMENT FOR TRANS 5199537 | -$5.00 | $47.65 |
| 5199537 | 5/1/2023 | Bill | $5.00 | $5.00 | Commissary COMMISSARY 5/1/2023 REF:9908 | | |
| 5168875 | 4/25/2023 | Check | | | Check 647155 Paid To: US MARSHALL SERVICE 3PC PAPERWORK CASE#22C3020 | -$67.00 | $52.65 |
| 5161657 | 4/24/2023 | CredPay | | | PAYMENT FOR TRANS 5161656 | | |
| 5161656 | 4/24/2023 | Credit | $30.00 | $30.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | $30.00 | $89.65 |
| 5161655 | 4/24/2023 | SummRcpt | | | | | |

# 762525 : Wheeler, Christopher
## DIV8 RTU 3B D1

Cook Checking Main Balance:    $4.75

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 5161648 | 4/24/2023 | Settlement | | | | -$30.00 | $119.65 |
| 5161643 | 4/24/2023 | CredPay | | | PAYMENT FOR TRANS 5161642 | $30.00 | $119.65 |
| 5161642 | 4/24/2023 | Credit | $30.00 | $30.00 | JailATM - JailATM Web Deposit GCR 54813031 by Sherry Wheeler Paid By: Sherry Wheeler 1333 N 24th St Phoenix, AZ 85008 | | |
| 5144840 | 4/20/2023 | CredPay | | | PAYMENT FOR TRANS 5144839 | $40.00 | $89.65 |
| 5144839 | 4/20/2023 | Credit | $40.00 | $40.00 | ACH Settlement Fund - Primary Resident Receipt TF-Checking | | |
| 5144838 | 4/20/2023 | SttlmtRcpt | | | | $40.00 | $89.65 |
| 5144831 | 4/20/2023 | Settlement | | | | -$40.00 | |
| 5144828 | 4/20/2023 | CredPay | | | PAYMENT FOR TRANS 5144827 | $40.00 | $89.65 |
| 5144827 | 4/20/2023 | Credit | $40.00 | $40.00 | JailATM - JailATM Web Deposit GCR 54713663 by Kevin Konkle Paid By: Kevin Konkle 9231 Coral Gables Road Fort Myers, FL 33967 | | |
| 5130640 | 4/17/2023 | BillPay | | | PAYMENT FOR TRANS 5130639 | -$5.00 | $49.65 |
| 5130639 | 4/17/2023 | Bill | $5.00 | $5.00 | Commissary - COMMISSARY 04/17/2023 REF 5177 | | |
| 5110076 | 4/13/2023 | BillPay | | | PAYMENT FOR TRANS 5110075 | -$25.08 | $54.65 |
| 5110075 | 4/13/2023 | Bill | $25.08 | $25.08 | Commissary - COMMISSARY 04/13/2023 REF 9729 | | |

# 762525 : Wheeler, Christopher

DIV8 RTU 3B D1

Cook Checking Main Balance: $4.75

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 5098064 | 4/10/2023 | BillPay | | | PAYMENT FOR TRANS 5098063 | -$10.00 | $79.73 |
| 5098063 | 4/10/2023 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 4/10/2023 REF:9708 | | $89.73 |
| 5077015 | 4/6/2023 | BillPay | | | PAYMENT FOR TRANS 5077014 | -$38.13 | $89.73 |
| 5077014 | 4/6/2023 | Bill | $38.13 | $38.13 | Commissary : COMMISSARY 4/6/2023 REF:9678 | | $127.86 |
| 5063653 | 4/3/2023 | BillPay | | | PAYMENT FOR TRANS 5063652 | -$10.00 | $127.86 |
| 5063652 | 4/3/2023 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 4/3/2023 REF:9638 | | $137.86 |
| 4991887 | 3/23/2023 | BillPay | | | PAYMENT FOR TRANS 4991886 | -$56.38 | $137.86 |
| 4991886 | 3/23/2023 | Bill | $56.38 | $56.38 | Commissary : COMMISSARY 3/23/2023 REF:9525 | | $194.24 |
| 4977476 | 3/20/2023 | BillPay | | | PAYMENT FOR TRANS 4977475 | -$15.00 | $194.24 |
| 4977475 | 3/20/2023 | Bill | $15.00 | $15.00 | Commissary : COMMISSARY 3/20/2023 REF:9494 | | $209.24 |
| 4974906 | 3/20/2023 | CredPay | | | PAYMENT FOR TRANS 4974905 | -$19.00 | $209.24 |
| 4974905 | 3/20/2023 | Credit | $19.00 | $19.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $190.24 |
| 4974904 | 3/20/2023 | SlmtRcpt | | | | -$19.00 | $209.24 |
| 4974891 | 3/20/2023 | Settlement | | | | | $209.24 |
| 4974871 | 3/20/2023 | CredPay | | | PAYMENT FOR TRANS 4974870 | $19.00 | $209.24 |
| 4974870 | 3/20/2023 | Credit | $19.00 | $19.00 | JailATM : JailATM Web Deposit GC# 53897607 by Martha Daniels Paid By: Martha Daniels 310 Homestead Rd Apt 2 Apt 2 La Grange Park, IL 60526-2205 | | $190.24 |

# 762525 : Wheeler, Christopher

DIV8 RTU 3B D1

Cook Checking Main Balance:     $4.75

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Amount | Spend Balance |
|---|---|---|---|---|---|---|---|
| 4988620 | 3/20/2023 | CredPay | | | | | $199.24 |
| 4968619 | 3/20/2023 | Credit | $3.37 | $3.37 | Commissary : COMMISSARY CREDIT 3/20/2023 REF-9481 | | $186.87 |
| 4957141 | 3/17/2023 | CredPay | | | PAYMENT FOR TRANS 4957140 | $100.00 | $186.87 |
| 4957140 | 3/17/2023 | Credit | $100.00 | $100.00 | Western Union Deposits : TCN-1305339254230768|LEONARD, SMOTHERS | | $86.87 |
| 4954480 | 3/16/2023 | BillPay | | | PAYMENT FOR TRANS 4954479 | $34.69 | $86.87 |
| 4954479 | 3/16/2023 | Bill | $34.69 | $34.69 | Commissary : COMMISSARY 3/16/2023 REF-9427 | | $121.56 |
| 4941434 | 3/13/2023 | BillPay | | | PAYMENT FOR TRANS 4941433 | $5.00 | $121.56 |
| 4941433 | 3/13/2023 | Bill | $5.00 | $5.00 | Commissary : COMMISSARY 3/13/2023 REF-9370 | | $126.56 |
| 4919238 | 3/9/2023 | BillPay | | | PAYMENT FOR TRANS 4919237 | $18.65 | $126.56 |
| 4919237 | 3/9/2023 | Bill | $18.65 | $18.65 | Commissary : COMMISSARY 3/9/2023 REF-9315 | | $145.21 |
| 4904652 | 3/6/2023 | BillPay | | | PAYMENT FOR TRANS 4904651 | $6.00 | $145.21 |
| 4904651 | 3/6/2023 | Bill | $6.00 | $6.00 | Commissary : COMMISSARY 3/6/2023 REF-9255 | | $151.21 |
| 4882419 | 3/2/2023 | BillPay | | | PAYMENT FOR TRANS 4882418 | $20.67 | $151.21 |
| 4882418 | 3/2/2023 | Bill | $20.67 | $20.67 | Commissary : COMMISSARY 3/2/2023 REF-9199 | | $171.88 |
| 4878705 | 3/1/2023 | CredPay | | | PAYMENT FOR TRANS 4878704 | $100.00 | $171.88 |
| 4878704 | 3/1/2023 | Credit | $100.00 | $100.00 | Western Union Deposits : TCN-1412368356230608|LEONARD, SMOTHERS | | $71.88 |
| 4867734 | 2/27/2023 | BillPay | | | PAYMENT FOR TRANS 4867733 | $10.00 | $71.88 |
| 4867733 | 2/27/2023 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 2/27/2023 REF-9158 | | $81.88 |

Confidential Property of Cook County

# 762525 : Wheeler, Christopher

## DIV8 RTU 3B D1

Cook Checking Main Balance: **$4.75**

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Adjust | Spend Balance |
|---------|------|------|-------------|--------------|--------------|--------|---------------|
| 4843261 | 2/23/2023 | BillPay | | | PAYMENT FOR TRANS 4843260 | -$35.09 | $81.88 |
| 4843260 | 2/23/2023 | Bill | $35.09 | $35.09 | Commissary COMMISSARY 2/23/2023 REF:9138 | | $116.97 |
| 4840316 | 2/22/2023 | CredPay | | | PAYMENT FOR TRANS 4840315 | $50.00 | $116.97 |
| 4840315 | 2/22/2023 | Credit | $50.00 | $50.00 | Western Union Deposits: TCN:886444034512435381LEONARD, SMOTHERS | | $66.97 |
| 4829259 | 2/20/2023 | BillPay | | | PAYMENT FOR TRANS 4829258 | -$15.00 | $66.97 |
| 4829258 | 2/20/2023 | Bill | $15.00 | $15.00 | Commissary COMMISSARY 2/20/2023 REF:9079 | | $81.97 |
| 4806758 | 2/16/2023 | BillPay | | | PAYMENT FOR TRANS 4806757 | -$21.86 | $81.97 |
| 4806757 | 2/16/2023 | Bill | $21.86 | $21.86 | Commissary COMMISSARY 2/16/2023 REF:9002 | | $103.83 |
| 4793619 | 2/13/2023 | BillPay | | | PAYMENT FOR TRANS 4793618 | -$6.00 | $103.83 |
| 4793618 | 2/13/2023 | Bill | $6.00 | $6.00 | Commissary COMMISSARY 2/13/2023 REF:9001 | | $109.83 |
| 4772829 | 2/9/2023 | BillPay | | | PAYMENT FOR TRANS 4772828 | -$34.69 | $109.83 |
| 4772828 | 2/9/2023 | Bill | $34.69 | $34.69 | Commissary COMMISSARY 2/9/2023 REF:8970 | | $144.52 |
| 4759155 | 2/6/2023 | BillPay | | | PAYMENT FOR TRANS 4759154 | -$2.00 | $144.52 |
| 4759154 | 2/6/2023 | Bill | $2.00 | $2.00 | Commissary COMMISSARY 2/6/2023 REF:8805 | | $146.52 |
| 4739849 | 2/2/2023 | CredPay | | | PAYMENT FOR TRANS 4739848 | $60.00 | $146.52 |
| 4739848 | 2/2/2023 | Credit | $60.00 | $60.00 | Western Union Deposits: TCN:22285462008-228336LEONARD, SMOTHERS | | $86.52 |
| 4670048 | 1/19/2023 | BillPay | | | PAYMENT FOR TRANS 4670047 | -$1.10 | $86.52 |
| 4670047 | 1/19/2023 | Bill | $1.10 | $1.10 | Law Library PHOTOCOPYING | | $86.52 |

Confidential Property of Cook County

# 762525 : Wheeler, Christopher

## DIV8 RTU 3B D1

Cook Checking Main Balance: $4.75

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Adjmt. | Spend Balance |
|---|---|---|---|---|---|---|---|
| 4669728 | 1/19/2023 | BillPay | | | PAYMENT FOR TRANS 4669727 | -$19.05 | $87.62 |
| 4669727 | 1/19/2023 | Bill | $19.05 | $19.05 | Commissary : COMMISSARY 1/19/2023 REF:8714 | | $106.67 |
| 4656484 | 1/16/2023 | BillPay | | | PAYMENT FOR TRANS 4656483 | | |
| 4656483 | 1/16/2023 | Bill | $15.00 | $15.00 | Commissary : COMMISSARY 1/16/2023 REF:8686 | | $121.67 |
| 4635028 | 1/12/2023 | BillPay | | | PAYMENT FOR TRANS 4635027 | | |
| 4635027 | 1/12/2023 | Bill | $28.40 | $28.40 | Commissary : COMMISSARY 1/12/2023 REF:8651 | | $150.07 |
| 4622936 | 1/9/2023 | BillPay | | | PAYMENT FOR TRANS 4622935 | | |
| 4622935 | 1/9/2023 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 1/9/2023 REF:8608 | | $170.07 |
| 4593817 | 1/3/2023 | BillPay | | | PAYMENT FOR TRANS 4593816 | | |
| 4593816 | 1/3/2023 | Bill | $23.18 | $23.18 | Commissary : COMMISSARY 1/3/2023 REF:8512 | | $193.25 |
| 4584899 | 1/1/2023 | CredPay | | | PAYMENT FOR TRANS 4584898 | | |
| 4584898 | 1/1/2023 | Credit | $50.00 | $50.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $143.25 |
| 4584897 | 1/1/2023 | SubmitRcpt | | | | | |
| 4584887 | 1/1/2023 | Settlement | | | | -$50.00 | $193.25 |
| 4584872 | 1/1/2023 | CredPay | | | PAYMENT FOR TRANS 4584871 | -$50.00 | $193.25 |
| 4584871 | 1/1/2023 | Credit | $50.00 | $50.00 | JailATM : JailATM Web Deposit GC# 51807807 by Sherry Wheeler Paid By: Sherry Wheeler 1333 N. 24th St Phoenix , AZ 85008 | | $143.25 |

Confidential Property of Cook County

# 762525 : Wheeler, Christopher

## DIV8 RTU 3B D1

Cook Checking Main Balance: **$4.75**

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Adjust | Ending Balance |
|---|---|---|---|---|---|---|---|
| 4580277 | 12/30/2022 | BillPay | | | PAYMENT FOR TRANS 4580276 | $10.00 | $143.25 |
| 4580276 | 12/30/2022 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 12/30/2022 REF:8505 | | $153.25 |
| 4564121 | 12/27/2022 | BillPay | | | PAYMENT FOR TRANS 4564120 | -$37.40 | $163.25 |
| 4564120 | 12/27/2022 | Bill | $37.40 | $37.40 | Commissary : COMMISSARY 12/27/2022 REF:8441 | | $190.65 |
| 4549533 | 12/22/2022 | BillPay | | | PAYMENT FOR TRANS 4549532 | -$12.00 | $190.65 |
| 4549532 | 12/22/2022 | Bill | $12.00 | $12.00 | Commissary : COMMISSARY 12/22/2022 REF:8433 | | $202.65 |
| 4544259 | 12/21/2022 | Cred-Pay | | | PAYMENT FOR TRANS 4544258 | $50.00 | $202.65 |
| 4544258 | 12/21/2022 | Credit | $50.00 | $50.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $152.65 |
| 4544257 | 12/21/2022 | SbmitRcpt | | | | $0.00 | $152.65 |
| 4544253 | 12/21/2022 | Settlement | | | | -$50.00 | $202.65 |
| 4544247 | 12/21/2022 | Cred-Pay | | | PAYMENT FOR TRANS 4544246 | $0.00 | $152.65 |
| 4544246 | 12/21/2022 | Credit | $50.00 | $50.00 | JailATM : JailATM Web Deposit GC# 51529085 by Kevin Konkle Paid By: Kevin Konkle 9231 Coral Gables Road Fort Myers, FL 33967 | | $152.65 |
| 4541415 | 12/21/2022 | Cred-Pay | | | PAYMENT FOR TRANS 4541414 | $0.00 | $102.65 |
| 4541414 | 12/21/2022 | Credit | $50.00 | $50.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $102.65 |
| 4541413 | 12/21/2022 | SbmitRcpt | | | | | |

# 762525 : Wheeler, Christopher

## DIV8 RTU 3B D1

Cook Checking Main Balance: **$4.75**

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 4541409 | 12/21/2022 | Settlement | | | | -$50.00 | $152.65 |
| 4541397 | 12/21/2022 | CredPay | | | PAYMENT FOR TRANS 4541396 | $50.00 | $152.65 |
| 4541396 | 12/21/2022 | Credit | $50.00 | $50.00 | JBIATM: JBIATM Web Deposit GC# 515137102 by Stephanie Wheeler Paid By: Stephanie Wheeler 2110 Club Lakes Pkwy Lawrenceville, GA 30044 | | $102.65 |
| 4536116 | 12/20/2022 | BillPay | | | PAYMENT FOR TRANS 4536115 | -$46.26 | $102.65 |
| 4536115 | 12/20/2022 | Bill | $46.26 | $46.26 | Commissary : COMMISSARY 12/20/2022 REF:8084 | | |
| 4523756 | 12/16/2022 | BillPay | | | PAYMENT FOR TRANS 4523755 | -$15.00 | $148.91 |
| 4523755 | 12/16/2022 | Bill | $15.00 | $15.00 | Commissary : COMMISSARY 12/16/2022 REF:8054 | | $163.91 |
| 4518379 | 12/15/2022 | CredPay | | | PAYMENT FOR TRANS 4518378 | $4.60 | $163.91 |
| 4518378 | 12/15/2022 | Credit | $4.60 | $4.60 | Commissary : COMMISSARY CREDIT 12/15/2022 REF:8350 | | |
| 4516466 | 12/15/2022 | BillPay | | | PAYMENT FOR TRANS 4516465 | -$61.87 | $159.31 |
| 4516465 | 12/15/2022 | Bill | $61.87 | $61.87 | Commissary : COMMISSARY 12/15/2022 REF:8049 | | |
| 4501220 | 12/12/2022 | BillPay | | | PAYMENT FOR TRANS 4501219 | -$15.00 | $221.18 |
| 4501219 | 12/12/2022 | Bill | $15.00 | $15.00 | Commissary : COMMISSARY 12/12/2022 REF:8007 | | $236.18 |
| 4481740 | 12/8/2022 | BillPay | | | PAYMENT FOR TRANS 4481739 | -$65.63 | $236.18 |
| 4481739 | 12/8/2022 | Bill | $65.63 | $65.63 | Commissary : COMMISSARY 12/8/2022 REF:8224 | | |
| 4468947 | 12/5/2022 | BillPay | | | PAYMENT FOR TRANS 4468946 | -$10.00 | $301.81 |

# 762525 : Wheeler, Christopher

## DIV8 RTU 3B D1

Cook Checking Main Balance:    $4.75

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Adjust | Ending Balance |
|---|---|---|---|---|---|---|---|
| 4469946 | 12/5/2022 | Bill | $10.00 | $10.00 | Commissary COMMISSARY 12/5/2022 REF:8100 | | $311.81 |
| 4448940 | 12/1/2022 | BillPay | | | PAYMENT FOR TRANS 4448939 | -$85.74 | $311.81 |
| 4448939 | 12/1/2022 | Bill | $85.74 | $85.74 | Commissary COMMISSARY 12/1/2022 REF:8129 | | $397.55 |
| 4435495 | 11/28/2022 | BillPay | | | PAYMENT FOR TRANS 4435494 | -$30.00 | $397.55 |
| 4435494 | 11/28/2022 | Bill | $30.00 | $30.00 | Commissary COMMISSARY 11/28/2022 REF:8656 | | $427.55 |
| 4405794 | 11/21/2022 | BillPay | | | PAYMENT FOR TRANS 4405793 | -$1.75 | $427.55 |
| 4405793 | 11/21/2022 | Bill | $1.75 | $1.75 | Law Library : PHOTOCOPYING | | $429.30 |
| 4397668 | 11/18/2022 | BillPay | | | PAYMENT FOR TRANS 4397667 | -$69.62 | $429.30 |
| 4397667 | 11/18/2022 | Bill | $69.62 | $69.62 | Commissary COMMISSARY 11/18/2022 REF:7051 | | $498.92 |
| 4392756 | 11/18/2022 | BillPay | | | PAYMENT FOR TRANS 4392755 | -$15.00 | $498.92 |
| 4392755 | 11/18/2022 | Bill | $15.00 | $15.00 | Commissary COMMISSARY 11/18/2022 REF:7046 | | $513.92 |
| 4385966 | 11/17/2022 | BillPay | | | PAYMENT FOR TRANS 4385965 | -$63.05 | $513.92 |
| 4385965 | 11/17/2022 | Bill | $63.05 | $63.05 | Commissary COMMISSARY 11/17/2022 REF:7944 | | $576.97 |
| 4302439 | 11/15/2022 | CredPay | | | PAYMENT FOR TRANS 4302438 | $90.00 | $576.97 |
| 4302438 | 11/15/2022 | Credit | $90.00 | $90.00 | AcH Settlement Fund : Primary Balance Receipt from TF Checking | | |
| 4302437 | 11/15/2022 | StlmntRcpt | | | | $90.00 | $576.97 |
| 4302433 | 11/15/2022 | Settlement | | | | $90.00 | $576.97 |
| 4302428 | 11/15/2022 | CredPay | | | PAYMENT FOR TRANS 4302427 | $90.00 | $576.97 |
| 4302427 | 11/15/2022 | Credit | $90.00 | $90.00 | JPATM JPATM Web Deposit GC# 56568160-02 | | |

# 762525 : Wheeler, Christopher

## DIV8 RTU 3B D1

Cook Checking Main Balance: $4.75

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Amount | Spend Balance |
|---|---|---|---|---|---|---|---|
| 4299226 | 11/15/2022 | CredPay | | | Stephanie Wheeler Paid By: Stephanie Wheeler 2110 Club Lakes Pkwy Lawrenceville, GA 30044 PAYMENT FOR TRANS 4299225 | $80.00 | $486.97 |
| 4299225 | 11/15/2022 | Credit | $80.00 | $80.00 | ACH Settlement Fund - Primary balance receipt from TF Checking | | |
| 4299224 | 11/15/2022 | SttlmtRcpt | | | | $80.00 | $486.97 |
| 4299214 | 11/15/2022 | Settlement | | | | | |
| 4299211 | 11/15/2022 | CredPay | | | PAYMENT FOR TRANS 4299210 | $80.00 | $486.97 |
| 4299210 | 11/15/2022 | Credit | $80.00 | $80.00 | Sherry Wheeler Paid By: Sherry Wheeler 1333 N 24th St Phoenix, AZ 85008 | | |
| 4293929 | 11/14/2022 | BillPay | | | PAYMENT FOR TRANS 4293928 | -$20.00 | $406.97 |
| 4293928 | 11/14/2022 | Bill | $20.00 | $20.00 | Commissary COMMISSARY 11/14/2022 REF:7900 | | |
| 4285445 | 11/14/2022 | CredPay | | | PAYMENT FOR TRANS 4285444 | $4.27 | $426.97 |
| 4285444 | 11/14/2022 | Credit | $4.27 | $4.27 | Commissary COMMISSARY CREDIT 11/14/2022 REF:7891 | | |
| 4272211 | 11/10/2022 | BillPay | | | PAYMENT FOR TRANS 4272210 | -$38.81 | $422.70 |
| 4272210 | 11/10/2022 | Bill | $38.81 | $38.81 | Commissary COMMISSARY 11/10/2022 REF:7616 | | |

Confidential Property of Cook County

# 762525 : Wheeler, Christopher
## DIV8 RTU 3B D1

Cook Checking Main Balance: $4.75

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 4259063 | 11/7/2022 | BillPay | | | PAYMENT FOR TRANS 4259062 | -$10.00 | $461.51 |
| 4259062 | 11/7/2022 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 11/7/2022 REF-7822 | | $471.51 |
| 4251248 | 11/7/2022 | CredPay | | | PAYMENT FOR TRANS 4251247 | $1.04 | $470.47 |
| 4251247 | 11/7/2022 | Credit | $1.04 | $1.04 | Commissary : COMMISSARY CREDIT 11/7/2022 | | $470.47 |
| 4239058 | 11/3/2022 | CredPay | | | PAYMENT FOR TRANS 4239057 | $2.44 | $468.03 |
| 4239057 | 11/3/2022 | Credit | $2.44 | $2.44 | Commissary : COMMISSARY CREDIT 11/3/2022 REF-7798 | | $468.03 |
| 4238819 | 11/3/2022 | BillPay | | | PAYMENT FOR TRANS 4238818 | -$100.78 | $568.81 |
| 4238818 | 11/3/2022 | Bill | $100.78 | $100.78 | Commissary : COMMISSARY 11/3/2022 REF-7796 | | $568.81 |
| 4227744 | 10/31/2022 | BillPay | | | PAYMENT FOR TRANS 4227743 | | |
| 4227743 | 10/31/2022 | Bill | $5.00 | $5.00 | Commissary : COMMISSARY 10/31/2022 REF-7730 | | $573.81 |
| 4202057 | 10/27/2022 | BillPay | | | PAYMENT FOR TRANS 4202056 | | |
| 4202056 | 10/27/2022 | Bill | $67.73 | $67.73 | Commissary : COMMISSARY 10/27/2022 REF-7701 | | $641.54 |
| 4186893 | 10/24/2022 | BillPay | | | PAYMENT FOR TRANS 4186892 | | |
| 4186892 | 10/24/2022 | Bill | $25.00 | $25.00 | Commissary : COMMISSARY 10/24/2022 REF-7671 | | $666.54 |
| 4169824 | 10/21/2022 | CredPay | | | PAYMENT FOR TRANS 4169823 | $3.06 | |
| 4169823 | 10/21/2022 | Credit | $3.06 | $3.06 | Commissary : COMMISSARY CREDIT 10/21/2022 REF-7652 | | $663.48 |
| 4166626 | 10/20/2022 | BillPay | | | PAYMENT FOR COMMISSARY 10/20/2022 REF-7645 | -$101.97 | |
| 4166624 | 10/20/2022 | Bill | $101.97 | $101.97 | Commissary : COMMISSARY 10/20/2022 REF-7645 | | $765.45 |



Legal
Mail

11/14/2023-58

Christopher Wheeler #2017033635
2700 S. California Ave
Div 08- 3B-D1-28
Chicago, IL 60608

LEGAL
MAIL

Clerk of the
United States District Court
United States Courthouse
219 S. Dearborn St
Chicago, IL 60604

Legal Mail