[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**FILED**
NOV 14 2023 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Christopher Wheeler
v.
Defendant(s) Officer Jordan Lyles

Case Number: 22 C 3020
Judge: L. Jenkin

**MOTION FOR ATTORNEY REPRESENTATION**
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, Christopher Wheeler, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: (NOTE: This item must be completed.)
   See attached

   but I have been unable to find an attorney because:
   Unable to afford fees

3. I declare that (check all that apply):
   (Now:)
   ☒ I am not currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (Earlier:)
   ☐ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☒ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3. *Cash and bank accounts:* Do you have any money in cash or in a checking or savings account? ☐ Yes ☒ No   If yes, how much? _____

4. *Other assets:* Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If yes, list each item of property and state its approximate value:
   _____
   _____

5. *Dependents:* Is anyone dependent on you for support? ☐ Yes ☒ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:
   _____
   _____
   _____

6. *Debts and financial obligations:* List any amounts you owe to others:
   _____
   _____

*Declaration:* I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: ~~10~~ 11-1-23

Applicant's signature

Christopher Wheeler
Printed name

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above, Christopher Wheeler, ID # 20170330135, has the sum of $ 4.75 on account to his/her credit at CCDOC (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ 63.33. (Add all deposits from all sources and then divide by the number of months.)

Date: 11/7/23

Ms. Dorsey
Signature of authorized officer

Ms. Dorsey
Printed name

List of Attorneys contacted for case #22 C 3020

Lawrence Nechles - wrote 10/11/23
- No Reply

Robert M. Motta II - wrote 10/11/23
- No Reply

Cabrini Aid Legal Aid - wrote 10/12/23
- Conflict of interest due to Pending divorce case

LGBTQ Family Law Firm - wrote 10/13/23 called 10/19/23
- Can't take jailhouse/civil case

Uptown Peoples Law Clinic - wrote 10/13/23, Replied 10/28/23
- Only takes cases from IDOC but recommend another firm.

Illinois Bar Association - wrote 10/28/23
- No Reply