**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Christopher Wheeler, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-3020 |
| | ) | |
| v. | ) | Honorable Lindsay C. Jenkins |
| | ) | |
| Officer Jordan Lyles, | ) | |
| | ) | |
| Defendants. | ) | |

**SUGGESTION OF DEATH UPON THE RECORD**

In accordance with Rule 25(a)(1) of the Federal Rules of Civil Procedure, Defendant Officer Jordan Lyles hereby suggests upon the record the death of the Plaintiff Christopher Wheeler during the pendency of this action, on December 11, 2023.

Date: January 4, 2024

                                                   Respectfully Submitted,

By:   */s/ Zachary G. Stillman*
        Attorney for Defendants
        Jason E. DeVore (ARDC # 6242782)
        Troy S. Radunsky (ARDC # 6269281)
        Zachary G. Stillman (ARDC # 6342749)
        230 W. Monroe Street, Ste. 230
        Chicago, IL 60606
        (312) 300-4479 telephone
        tradunsky@devoreradunsky.com

#386434v1