## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher Wheeler
                              Plaintiff,

v.                                                Case No.: 1:22−cv−03020
                                                  Honorable Lindsay C. Jenkins

Lyles, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 8, 2024:

    MINUTE entry before the Honorable Lindsay C. Jenkins: The docket reflects that counsel for Defendants filed a Suggestion of Death [57] concerning the Plaintiff. The Suggestion of Death [57] does not identify a successor or representative for the deceased Plaintiff. The Court, at its own instance, orders counsel for Defendants to file an amended Suggestion of Death by January 30, 2024, which, to the extent possible and based upon their knowledge, information and belief, identifies a successor or representative for Plaintiff. The matter is set for a tracking status on February 6, 2024 at 8:30 am (to track the case only, no appearance is required). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.