## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher Wheeler

                         Plaintiff,

v.                                                        Case No.: 1:22−cv−03020
                                                          Honorable Lindsay C. Jenkins

Lyles, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 11, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant's motion to seal [59] is granted. Defendant may file its Amended Suggestion of Death as to Plaintiff Christopher Wheeler as described in [58] under seal. The clerk is also directed to terminate the motions at [[55], [56]] as moot in light of Mr. Wheeler's apparent death. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.