# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher Wheeler
                     Plaintiff,

v.                                                    Case No.: 1:22−cv−03020
                                                       Honorable Lindsay C. Jenkins

Lyles, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defense counsel has filed an amended suggestion of death that identifies the successor(s) for the deceased Plaintiff [61]. Defense counsel shall serve the amended suggestion of death [61], along with a copy of this order, on those individuals. Under Rule 25(a) of the Federal Rules of Civil Procedure, any motion for substitution must be made within 90 days after service of the suggestion of death. If no motion is filed within that timeframe, the Court will be required to dismiss the action. Within 5 days of service, defense counsel is directed to also file a statement of compliance on the docket detailing the date and means by which service was accomplished. A status hearing is set for May 10, 2024 at 8:30 am (to track the case only, no appearance is required). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.