**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Christopher Wheeler, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-3020 |
| | ) | |
| v. | ) | Honorable Lindsay C. Jenkins |
| | ) | |
| Officer Jordan Lyles, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

TO:
Mr. Christopher Wheeler (#2019-1007189)
ATTN: LEGAL MAIL
Cook County Jail
2700 South California Avenue
Chicago, IL 60608

Sheri Wheeler
1356 Quaker Ln
Prospect Heights, IL 60070

Anthony Wheeler (Y61309)
P.O. Box 112
Joliet, IL 60434

**PLEASE TAKE NOTICE** that on February 1, 2024, I, Zachary Stillman, an attorney, served the following upon the aforementioned address(es) via USPS Mailing:

- Amended Suggestion of Death (ECF No. 61)
- January 31, 2024, Order of the Court (ECF No. 62)
- This Certificate of Service

Respectfully Submitted,

*/s/Zachary Stillman*
Zachary Stillman

DEVORE RADUNSKY LLC
230 W. Monroe, Ste 230
Chicago, IL 60606
(312) 300-4479
jdevore@devoreradunsky.com