**OFFICE OF**
**CLERK OF THE U.S. DISTRICT COURT**
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

22cv3020 #62

Christopher Wheeler
#20170330135
Cook County Jail – CCJ
2700 S California Ave
Div 8 2G – D3–

RETURN TO SENDER
ID # MISSING OR INCORRECT
NAME & ID # DO NOT MATCH
DISCHARGED
60608

S SUBURBAN IL 604
6 FEB 2024 PM 1 L

neopost 02/01/2024
US POSTAGE $000.63⁰
ZIP 60604
041M11270962
FIRST-CLASS MAIL

02/15/2024

MIXIE 601 D2 1 0002/11/24
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 60604189099 *11451-00415-02-08

