OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
CHICAGO, IL 60604

OFFICIAL BUSINESS

RETURNED TO SENDER

FIRST-CLASS MAIL
01/10/2024
US POSTAGE $001.35
ZIP 60604
041M11270962

Christopher Wheeler
#201703301
Cook County Jail CCJ
2700 S California

☐ ID # MISSING OR INCORRECT
☐ NAME & ID # DO NOT MATCH
✓ DISCHARGED

22cv3020
#58

01/29/2024-4

RECEIVED
JAN 29 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT