OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
CHICAGO, IL 60604

OFFICIAL BUSINESS



FIRST-CLASS MAIL
neopost
01/08/2024
US POSTAGE $001.35⁰
ZIP 60604
041M1127709

Christopher Wheeler
#20170330135
Cook County Jail– CCJ
2700 S California Ave
Div 8–2G – D3 – 4
Chicago IL 60608
US

22CV3020
# 58

02/05/2024-1

HAWK434 601 4C 1
UNABLE TO FORWARD/FOR REVIEW CO101/15/24
BC: 60653999955 DU0121N015003-00567

RECEIVED
FEB 05 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT