# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher Wheeler

                            Plaintiff,

v.                                                       Case No.: 1:22−cv−03020

                                                                Honorable Lindsay C. Jenkins

Lyles, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 13, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant's amended suggestion of death [61] has demonstrated efforts to notify and contact Plaintiff Wheeler's successor under FRCP 25(a)(1). Defendant served the amended suggestion of death on individuals believed to be Plaintiff's sister and spouse over ninety days ago [63], [64]. Because no motion for substitution has been made within ninety days of service of a statement noting Plaintiff's death, under Rule 25(a)(1), this action will be dismissed. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.